IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

JEFFREY GOOD,

    Plaintiff,

    vs.              Case No. 21-2539

UNITED STATES DEPARTMENT OF
EDUCATION, ET AL.,

    Defendants.

NOTICE OF REMOVAL

    The United States of America files this Notice of Removal of the following action from the District Court of Johnson County, Kansas, Case No. 21CV05221, to the United States District Court for the District of Kansas. Pursuant to 28 U.S.C. § 1442, the United States of America alleges and states:

    1.  The United States of America removes this action by authority of the Attorney General of the United States.

    2.  The United States Department of Education is an agency of the federal government and has been named as a Defendant in a civil action pending in the District Court of Johnson County, Kansas, captioned *Jeffrey Good v. Transunion LLC et al.*, wherein Plaintiff seeks money damages arising from alleged violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq.

    3.  Notice of the above action was given to the United States Department of Education on November 9, 2021.

    4.  A copy of the summons and petition delivered to the United States Department of Education is attached marked as Exhibit A.

5.       Pursuant to Title 28 U.S.C. § 1442, the United States of America has the right, at its election and without bond, to remove this action from the District Court of Johnson County, Kansas, to the United States District Court for the District of Kansas and does elect to remove this action.

WHEREFORE, the United States of America respectfully submits notice that Case No. 21CV05221 pending in the District Court of Johnson County, Kansas, is removed from that court to the United States District Court for the District of Kansas.

Respectfully submitted,

DUSTON J. SLINKARD
Acting United States Attorney
District of Kansas

s/ Steven W. Brookreson, II
STEVEN W. BROOKRESON, II
Assistant United States Attorney
Ks. S.Ct. No. 28106
500 State Avenue
Suite 360
Kansas City, Kansas 66101
PH: (913) 551-6730
FX: (913) 551-6541
Email: steven.brookreson@usdoj.gov

s/ Christopher Allman
CHRISTOPHER ALLMAN
Assistant United States Attorney
Ks. S. Ct. No. 14225
500 State Avenue, Suite 360
Kansas City, Kansas 66101
PH: (913) 551-6730
FX: (913) 551-6541
Email: chris.allman@usdoj.gov

Attorneys for the Defendant United States
Department of Education