IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

JEFFREY GOOD,

        Plaintiff,

vs.

        Case No. 21-2539

UNITED STATES DEPARTMENT OF
EDUCATION, ET AL.,

        Defendants.

## **TRANSCRIPT OF PROCEEDING**

Enclosed is the transcript of proceeding from the Clerk of the District Court of Johnson

County, Kansas, in the above captioned case removed from the District Court of Johnson

County, Kansas City, Kansas.

*Jennie Leach*
Clerk of the District Court
Johnson County, Kansas

**STATE OF KANSAS**
**Tenth Judicial District**

# OFFICE OF THE CLERK OF THE DISTRICT COURT

**JENNIE LEACH**
**CLERK OF THE DISTRICT COURT**

**JOHNSON COUNTY**
**COURTHOUSE**
**150 W SANTA FE STREET**
**OLATHE, KANSAS 66061-3273**
**913-715-3500**

In the Matter of   JEFFREY GOOD

vs

UNITED STATES DEPARTMENT OF EDUCATION, ET AL.

Case No.  21CV05221

## CERTIFICATION

Attached is a true and correct copy of the case file as it appears in the office of the 10th Judicial District, Johnson County, Kansas.

19th November, 2021

Dated this      day of

Clerk of the District Court

By *Jennie Leach*

## IN THE DISTRICT COURT OF JOHNSON COUNTY, KANSAS

| | |
|---|---|
| JEFFREY GOOD | ) |
|                   Plaintiff, | ) |
| vs. | ) |
| | ) |
| TRANSUNION LLC, | ) |
| Serve:  Registered Agent | ) |
| The Prentice-Hall Corporation System, Kansas, Inc. | ) |
| 2900 SW Wanamaker Drive, Suite 204 | ) |
| Topeka, KS 66614 | ) |
| | ) |
| And | ) |
| | ) |
| UNITED STATES DEPARTMENT | ) |
| OF EDUCATION | ) |
| Serve: | ) |
| General Counsel - U.S. Dept. of Educ. | ) |
| 400 Maryland Ave. SW | ) |
| Washington, D.C. 20202 | ) |
| | ) |
| And | ) |
| | ) |
| HIGHER EDUCATION LOAN AUTHORITY | ) |
| OF THE STATE OF MISSOURI (MOHELA) | ) |
| Serve: | ) |
| General Counsel – MOHELA | ) |
| 633 Spirit Drive | ) |
| Chesterfield, MO 63005 | ) |
|                   Defendants. | ) |

Case No.: _____

Division _____

## PETITION FOR DAMAGES

COMES NOW Jeffrey Good ("Plaintiff"), by and through counsel, and for his causes of action against TransUnion LLC ("TransUnion"), the Higher Education Loan Authority of the State of Missouri ("MOHELA"), and the United States Department of Education ("USDoE") state and allege as follows:

## JURISDICTION

1)      Plaintiff files this action for damages arising from violations of the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681 et seq.

2)      Jurisdiction of this court arises under 28 U.S.C. § 1331 and 1343; and 15 U.S.C. § 1681(p).

3)      Venue and personal jurisdiction in this Court are proper pursuant to 28 U.S.C. § 1391(b), as the conduct alleged was committed in Johnson County, Kansas, because Plaintiff resides in this County, and one or more Defendants reside or do business within this County.

4)      Defendant TransUnion may be served with process at the address listed above.

5)      Defendant MOHELA may be served with process at the address listed above.

6)      Defendant USDoE may be served with process at the address listed above.

## PARTIES

7)      Plaintiff incorporates all statements above as if fully restated here.

8)      Plaintiff is a natural person residing in Overland Park, Johnson County, Kansas.

9)      During all times pertinent to this Petition, Defendants were authorized to conduct business in the State of Kansas and conducted business in Kansas on a routine and systematic basis.

10)     Defendant TransUnion is a "credit reporting agency" as defined in 15 USC 1681a(f).

11)     On information and belief, Defendant TransUnion is regularly engaged in the business of assembling, evaluating, and disbursing information concerning consumers for the purpose of furnishing consumer reports, as defined in 15 USC 1681a(d), to third parties.

12)     At all relevant times, Defendant TransUnion acted through duly authorized agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and/or insurers.

13)     Defendant MOHELA is a "person" as defined in 15 USC 1681a(b).

14)     Defendant MOHELA is a "furnisher of information" as defined in 15 USC 1681a(f).

15)     On information and belief, Defendant MOHELA is regularly engaged in the business of assembling, evaluating, and disbursing information concerning consumers for the purpose of furnishing consumer reports, as defined in 15 USC 1681a(d), to third parties.

16)     At all relevant times, Defendant MOHELA acted through duly authorized agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and/or insurers.

17)     Defendant USDoE is a "person" as defined in 15 USC 1681a(b).

18)     Defendant USDoE is a "furnisher of information" as defined in 15 USC 1681a(f).

19)     On information and belief, Defendant USDoE is regularly engaged in the business of assembling, evaluating, and disbursing information concerning consumers for the purpose of furnishing consumer reports, as defined in 15 USC 1681a(d), to third parties.

20)     At all relevant times, Defendant USDoE acted through duly authorized agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and/or insurers.

## STATEMENT OF FACTS

21)     Plaintiff incorporates all statements above as if fully restated here.

22)     Within two years of the the date of filing the instant suit, Plaintiff discovered errors on each of his credit reports, provided by Experian, Equifax, and Trans Union.

23)     On or about April 20, 2021, Plaintiff sent a dispute to each of the three credit bureaus and to defendant MOHELA, as servicer and representative for US DoE, disputing the reporting on his credit report.

24)     In each correspondence, Plaintiff disputed the accuracy of the reports and requested reinvestigation within 30 days pursuant to 15 U.S.C. § 1681i(a)(1)(A).

25)     In addition, Plaintiff requested the description of the procedure used to determine the accuracy and completeness of the information within 15 days of completion of the reinvestigation.

26)     On April 28, 2021, MOHELA responded as a servicer and representative of Defendant USDoE, refusing to correct the disputed reporting. See Attached ***Exhibit A***.

27)     On April 27, 2021, Experian responded to Plaintiff's dispute, correcting the issue.

28)     On May 8, 2021, Equifax responded to Plaintiff's dispute, correcting the issue.

29)     On June 19, 2021, TransUnion responded to Plaintiff's dispute, failing to correct the issue.  See Attached ***Exhibit B.***

30)     In their response, Defendant Transunion failed to indicate if any attention was paid what-so-ever to the US Department of Education tradelines clearly indicated in Plaintiff's dispute.

31)     On information and belief, Defendant Transunion failed to give any attention to the US Department of Education tradelines though clearly indicated in Plaintiff's dispute.

32)     The issue, as set forth in Plaintiff's written dispute, was that TransUnion was reporting two delinquent tradelines simultaneously for the same account, for four different accounts, which dramatically, improperly suppresses Plaintiff's credit score.

33)     Defendant TransUnion repeatedly, deliberately, willfully, intentionally, recklessly, and negligently failed to perform reasonable investigations of the disputes as required by the FCRA.

34) As a result of Defendants' conduct, Plaintiff suffered damage to his creditworthiness, loss of financial opportunity, and emotional and mental pain and anguish, and Plaintiff will continue to suffer the same for an indefinite time in the future, all to Plaintiff's detriment and loss.

35) As a result of Defendants' conduct, Plaintiff suffered a decreased credit score as a result of the negative entry appearing on Plaintiff's credit reports, preventing him from being able to obtain refinancing.

36) As a result of Defendants' conduct, Plaintiff suffered embarrassment in the form of a denial of a job offer in one instance, and being forced to explain in a detailed writing to another potential employer why his credit score was low, and what steps he intended to take to repair it in the future.

37) Plaintiff took extraordinary measures to avoid the delinquency.

## COUNT I
## TRANSUNION
## <u>VIOLATION OF THE FCRA, 15 U.S.C. § 1681 et. seq.</u>

38) Plaintiff incorporates all statements above as if fully restated here.

39) The FCRA provides that if the completeness of accuracy of any item of information contained in a consumer's file at a consumer reporting agency is disputed by the consumer and the consumer notifies the agency directly of such dispute, the agency shall conduct a reasonable reinvestigation to determine whether the disputed information is inaccurate, or delete the item from the file within thirty (30) days of receiving the consumer's dispute notice. 15 U.S.C. § 1681i(a)(1)(A).

40) The Act further requires the credit reporting agency, within 5 business days of receiving notice of the consumer's dispute, to provide notification of the dispute to the person

who furnished the information in dispute and requires the credit reporting agency to "include all relevant information regarding the dispute that the agency received from the consumer." 15 U.S.C. § 1681i(a)(1)(A).

41)  In conducting its reinvestigation of disputed information in a consumer report, the credit reporting agency is required to "review and consider all relevant information submitted by the consumer."

42)  In or around May 26, 2021, Plaintiff notified Defendant TransUnion of inaccuracies contained in the reports and asked them to correct the inaccuracies.

43)  Defendant TransUnion failed to correct the inaccuracies.

44)  Defendant TransUnion failed to conduct a reasonable reinvestigation of the inaccuracies that Plaintiff disputed.

45)  Defendant TransUnion failed to review and consider all relevant information submitted by Plaintiff.

46)  Defendant TransUnion failed to employ and follow reasonable procedures to assure maximum possible accuracy of Plaintiff's credit reports, information, and file, in violation of 15 U.S.C. § 1681e(b).

47)  TransUnion's response, ignores Plaintiff's dispute of the USDoE tradeline altogether, which demonstrates a lack of diligence on TransUnion's part, which is prima facie evidence of a failure to conduct a reasonable reinvestigation of the inaccuracies that Plaintiff disputed, a failure to review and consider all relevant information, and a failure to follow reasonable procedures to assure maximum possible accuracy of Plaintiff's credit report.

48)  As a result of the above-described violations of § 1681i and § 1681e(b), Plaintiff sustained damages.

49)    TransUnion's violations of the FCRA were willful and therefore Plaintiff is entitled to seek statutory and punitive damages.

WHEREFORE, Plaintiff respectfully request the following relief:

A.    Statutory damages, actual damages, and punitive damages pursuant to 15 U.S.C. §§ 1681n and 1681o;

B.    Costs and reasonable attorney's fees pursuant to 15 U.S.C. §§ 1681n and 1681o;

C.    Taxable expenses, pre-judgment, and post judgment interest as may be allowed by law; and

D.    For such other and further relief as the Court may deem just and proper.

### COUNT II
### MOHELA
### VIOLATION OF THE FCRA, 15 U.S.C. § 1681 et. seq.

50)    Plaintiff incorporates all statements above as if fully restated here .

51)    Defendant, MOHELA, is a "furnisher of information" under FCRA. Upon receipt of notice from a credit agency that a consumer disputes information being reported by a furnisher of information, the FCRA requires furnishers to conduct an investigation with respect to the disputed information, to review all relevant information, to report the results of the investigation to the credit reporting agency, and, if the investigation reveals that the information is incomplete or inaccurate, to report those results to all other credit reporting agencies to which the furnisher had provided the inaccurate information.

52)    Plaintiff notified Defendants Equifax, Experian, and TransUnion that their reports concerning the Plaintiff's former MOHELA debt were inaccurate. Plaintiff provided copies of relevant documents (indisputable evidence), which was provided to the credit reporting agencies

and the agencies notified Defendant MOHELA that Plaintiff was disputing the information it furnished to the credit reporting agencies.

53)     Plaintiff similarly notified Defendant MOHELA that their reporting concerning the Plaintiff's MOHELA debt was inaccurate by providing its dispute, containing relevant documents, to the furnisher directly. Nonetheless, Defendant MOHELA refused to take the corrective measures required by the FCRA.

54)     Upon information and belief, Defendant MOHELA took proper corrective action with Experian and Equifax, yet refused to take the corrective measures required by the FCRA as regards Defendant TransUnion.

55)     Defendant MOHELA violated sections 15 U.S.C. §§ 1681n and 1681o of the FCRA by engaging in willful and negligent noncompliance of 15 U.S.C. § 1681s-2(a), (b) through the following conduct:

      a)     Refusal to conduct an investigation of Plaintiff's disputes when the information is readily available;

      b)     Refusal to review all relevant information concerning Plaintiff's account when this information is readily available; alternately, failing to report the results of its review/investigation to the consumer reporting agencies;

      c)     Intentional failure to report the accurate status of Plaintiff's account information to the credit reporting agencies;

      d)     Intentional failure to properly participate, investigate, and comply with reinvestigations conducted by the credit reporting agencies regarding Plaintiff's disputes; and

     e)       Continuing to furnish and disseminate inaccurate and derogatory credit, account, and other information regarding Plaintiff to the credit reporting agencies despite actual knowledge of these inaccuracies.

56)     Defendant's conduct was a direct and proximate cause, as well as a substantial factor, in causing serious damages to Plaintiff. Consequently, Plaintiff suffered emotional distress and consequential damages, including credit impairment.

57)     As a result of Defendants' conduct, Plaintiff suffered a decreased credit score as a result of the negative entry appearing on Plaintiff's credit reports, preventing him from being able to obtain refinancing.

58)     As a result of Defendants' conduct, Plaintiff suffered embarrassment in the form of a denial of a job offer in one instance, and being forced to explain in a detailed writing to another potential employer why his credit score was low, and what steps he intended to take to repair it in the future.

59)     Pursuant to 15 U.S.C. § 1681n, Defendant is further liable for statutory damages, punitive damages, attorneys' fees, costs, as well as other such relief.

WHEREFORE, Plaintiff respectfully request the following relief:

A.     Statutory damages, actual damages, and punitive damages pursuant to 15 U.S.C. §§ 1681n and 1681o;

B.     Costs and reasonable attorney's fees pursuant to 15 U.S.C. §§ 1681n and 1681o;

C.     Taxable expenses and pre-judgment, and post judgment interest as may be allowed by law; and

D.     For such other and further relief as the Court may deem just and proper.

## COUNT III
## U.S. Department of Education
## <u>VIOLATION OF THE FCRA, 15 U.S.C. § 1681 et. seq.</u>

60)     Plaintiff incorporates all statements above as if fully restated here .

61)     Defendant, USDoE, is a "furnisher of information" under FCRA. Upon receipt of notice from a credit agency that a consumer disputes information being reported by a furnisher of information, the FCRA requires furnishers to conduct an investigation with respect to the disputed information, to review all relevant information, to report the results of the investigation to the credit reporting agency, and, if the investigation reveals that the information is incomplete or inaccurate, to report those results to all other credit reporting agencies to which the furnisher had provided the inaccurate information.

62)     Plaintiff notified Defendant TransUnion that its reports concerning the Plaintiff's former USDoE debt were inaccurate. Plaintiff provided copies of relevant documents (indisputable evidence), which was provided to the credit reporting agencies and the agencies notified Defendant USDoE that Plaintiff was disputing the information it furnished to the credit reporting agencies. Nonetheless, bizarrely, Defendant USDoE took proper corrective action with Experian and Equifax, yet refused to take the corrective measures required by the FCRA as regards Defendant TransUnion.

63)     Plaintiff caused Defendant USDoE to be notified that their reporting concerning the Plaintiff's USDoE debt was inaccurate. Plaintiff provided copies of relevant documents (indisputable evidence), which were provided to the furnisher directly. Nonetheless, Defendant USDoE refused to take the corrective measures required by the FCRA.

64)     Defendant USDoE violated sections 15 U.S.C. §§ 1681n and 1681o of the FCRA by engaging in willful and negligent noncompliance of 15 U.S.C. § 1681s-2(a), (b) through the following conduct:

a)     Refusal to conduct an investigation of Plaintiff's disputes when the information is readily available;

b)     Refusal to review all relevant information concerning Plaintiff's account when this information is readily available; alternately, failing to report the results of its review/investigation to the consumer reporting agencies;

c)     Intentional failure to report the accurate status of Plaintiff's account information to the credit reporting agencies;

d)     Intentional failure to properly participate, investigate, and comply with reinvestigations conducted by the credit reporting agencies regarding Plaintiff's disputes; and

e)     Continuing to furnish and disseminate inaccurate and derogatory credit, account, and other information regarding Plaintiff to the credit reporting agencies despite actual knowledge of these inaccuracies.

65)     Defendant's conduct was a direct and proximate cause, as well as a substantial factor, in causing serious damages to Plaintiff. Consequently, Plaintiff suffers emotional distress and consequential damages, including credit impairment.

66)     As a result of Defendants' conduct, Plaintiff suffered a decreased credit score as a result of the negative entry appearing on Plaintiff's credit reports, preventing him from being able to obtain refinancing.

67) As a result of Defendants' conduct, Plaintiff suffered embarrassment in the form of a denial of a job offer in one instance, and being forced to explain in a detailed writing to another potential employer why his credit score was low, and what steps he intended to take to repair it in the future.

68) Pursuant to 15 U.S.C. § 1681n, Defendant is further liable for statutory damages, punitive damages, attorneys' fees, costs, as well as other such relief.

WHEREFORE, Plaintiff respectfully requests the following relief:

A. Statutory damages, actual damages, and punitive damages pursuant to 15 U.S.C. §§ 1681n and 1681o;

B. Costs and reasonable attorney's fees pursuant to 15 U.S.C. §§ 1681n and 1681o;

C. Taxable expenses and pre-judgment, and post judgment interest as may be allowed by law; and

D. For such other and further relief as the Court may deem just and proper.

## DEMAND FOR JURY TRIAL

Please take notice that Plaintiff requests a trial by jury in this action.

Respectfully submitted,
MOLNER LAW GROUP, LLC

By: ____/s/ Mark D. Molner____
Mark D. Molner, KS 24493
300 E. 39th Street, Suite 1G
Kansas City, MO 64111
Telephone: (816) 281-8549
Facsimile:  (816) 817-1473
mark@molnerlaw.com
**ATTORNEY FOR PLAINTIFF
JEFFREY GOOD**

# PLAINTIFF'S EXHIBIT A



**MOHELA**®
A Department of Education Servicer



**U.S. Department of Education**
Information about your federal student loan

April 28, 2021

Jeffery Good
11521 Flint Street
Overland Park, KS 66210

Acct#: XXX-XXX-5167

We are writing in response to correspondence received on April 27, 2021, disputing information reported to the Consumer Reporting Agencies (CRAs).

Below are the results from our investigation of the disputed information.

As of 12/04/2017, your account status has defaulted and delinquency transferred.

Our records indicate that no forbearance or deferment request was made before the following negative reporting occurred:

August 2013: 90-119 days past due

August 2015: 90-119 days past due
September 2015: 90-119 days past due
October 2015: 120-149 days past due
November 2015: 150-179 days past due
December 2015: 150-179 days past due
January 2016: 120-149 days past due
February 2016: 150-179 days past due
March 2016: 150-179 days past due
April 2016 – April 2017: 180 or more days past due
May 2017: 150-179 days past due
June 2017: 150-179 days past due
July 2017 – January 2018: 180 or more days past due

The following documents are under separate cover:
- Payment History

As a federal servicer for the U.S. Department of Education, Office of Federal Student Aid (FSA), MOHELA furnishes information regarding student loan borrowers to the CRAs. In this capacity, MOHELA acts as an Information Furnisher on behalf of FSA. As an Information Furnisher, MOHELA has an obligation to ensure the integrity and accuracy of information reported to

Customer Service Hours (CT): 7 a.m. to 9 p.m. Monday-Thursday, 7 a.m. to 5 p.m. Friday
phone 866.820.8542   fax 866.222.7060   TDD Dial 711
633 Spirit Drive, Chesterfield, MO 63005-1243
mohela.com   fb.com/MOHELA.usa   @MOHELA

*Clerk of the District Court, Johnson County Kansas*
*10/29/21  04:04pm HS*





CRAs. While Information Furnishers do have an obligation to investigate and correct or remove errors, we cannot remove information correctly reported, as doing so would be materially misleading in evaluating a consumer's creditworthiness, credit standing, or credit capacity. If your account remained 90 or more days past due prior to the end of any given month, the negative consumer credit reporting that occurred prior to making payment or obtaining a forbearance to cease delinquency is correct and cannot be removed.

If you would like for us to further investigate the dispute, please submit supporting documentation, such as a credit report, or contact us at the number listed below.

Sincerely,

Credit Reporting Department
MOHELA

Customer Service Hours (CT): 7 a.m. to 9 p.m. Monday-Thursday, 7 a.m. to 5 p.m. Friday
phone 866.820.8542   fax 866.222.7060   TDD Dial 711
633 Spirit Drive, Chesterfield, MO 63005-1243 *District Court, Johnson County Kansas*
*10/29/21  04:04pm HS*
mohela.com   fb.com/MOHELA.usa   @MOHELA

 

April 28, 2021

Jeffery Good
11521 Flint Street
Overland Park, KS 66210

RE: XXX-XXX-5167

**GO PAPERLESS!**
Receive all of your information from MOHELA via our secure messaging system. Letters, forms, monthly statements, and other notifications can be received via your online inbox instead of receiving them by mail. Sign up for this service today www.mohela.com.

p 888.866.4352 | f 866.222.7060 | TDD Dial 711 | 7 a.m. – 9 p.m. M-Th, 7 a.m. - 5 p.m. F CT | www.mohela.com
633 Spirit Drive | Chesterfield, MO 63005-1243

# PLAINTIFF'S EXHIBIT B

*** 332302912-017 ***
TransUnion LLC
PO Box 805
Woodlyn, PA 19094-0805

06/19/2021



Information for Good.

PEAFSC00200982-I009797-080873668

JEFFREY L. GOOD
11521 FLINT ST
OVERLAND PARK, KS 66210-3475

Dear JEFFREY L. GOOD,

We understand that recently something on your credit report did not seem right to you. We take this matter seriously, and we want to make sure your TransUnion credit report is accurate. It's our commitment to you.

Our investigation of the dispute you submitted is now complete. After a review of your dispute and any provided documentation, we took one or more of the following action(s):

1. Updated your credit report based on the information you provided; OR
2. Determined that the information you disputed either does not appear on your credit file or already shows the requested status; OR
3. Determined that the data furnisher had previously verified the reported information. If any of the items you disputed were previously verified, a separate communication was sent to you listing those items along with the data furnisher's contact information; OR
4. Asked the data furnisher reporting the information you disputed to do all of the following:
   - Review relevant information we sent them, including any provided documents
   - Investigate your dispute and verify whether the information they report is accurate
   - Provide us a response to your dispute and update any other information
   - Update their records and systems, if necessary;

Should you wish to receive the above description of the procedures we used to investigate your dispute in a separate communication for your records, please contact TransUnion.

Your dispute is important. In the pages that follow, you will see your detailed investigation results, including the name and contact details of the source of the information. Please review the results carefully. To view a full copy of your credit report and for more information about how to read your credit report, please visit www.transunion.com/fullreport.

---

## How to Read Your Investigation Results

You will see that, for each disputed item, a summary explanation appears in the gray box, followed by a brief paragraph describing the results of our investigation, followed by a view of how the item appears in your updated credit report. Please note any changes we made to personal information (name, address, employment, SSN, date of birth) will appear at the end of **Your Investigation Results**

*Clerk of the District Court, Johnson County Kansas*
*10/29/21  04:04pm HS*

File Number:   332302912          Page 2 of 6
Date Issued:   06/19/2021

## A Note on Credit Report Updates

Information in your credit report is updated frequently which means items you disputed may not appear on your credit report or have already changed by the time we received your dispute. In most cases, the **Date Updated** represents the last time the account information was updated or reported by the data furnisher. Please note that this date may not change following our investigation of your dispute. For **Payment Received** and **Last Payment Made**, please keep in mind, the data may not represent very recent payment activity.

## Definitions

For your reference, here are some definitions to help you understand **Your Investigation Results.**

### For ACCOUNTS:

| | |
|---|---|
| **Balance:** The balance owed as of the date the account was verified or reported | **Original Charge Off:** If applicable, the amount charged off due to non-payment of the account |
| **Credit Limit:** The maximum amount of credit approved by the creditor on the account | **Past Due:** The amount past due as of the date the account was verified or reported |
| **Date Opened:** The date the account was Opened | **Pay Status:** The current status of the account; how you are currently paying. For accounts that have been paid and closed, sold, or transferred, it represents the last reported status of the account. |
| **High Balance:** The highest amount ever owed on an account | **Remarks:** If applicable, the creditor may provide additional information here related to the account |
| **Last Payment Made:** The date the creditor received the last payment on the account | **Responsibility:** The type of contractual ownership (individual, joint, authorized user, etc.) of the account |
| **Maximum Delinquency:** If applicable, the maximum amount past due before an account becomes a charge-off or a collection account | **Terms:** The monthly payment amount or monthly minimum payment due on the account |

## Rating Key

Some creditors report the timeliness of your payments each month in relation to your agreement with them. The ratings in the key below describe the payments that may be reported by your creditors.  This rating key will help you understand any updates to your **PAYMENT HISTORY**, if applicable to **YOUR INVESTIGATION RESULTS**. Any rating that is shaded or any value in the account detail appearing with brackets (> <) may indicate that it is considered adverse.



| N/R | X | OK | 30 | 60 | 90 | 120 | COL | VS | RPO | C/O | FC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Not Reported | Unknown | Current | 30 days late | 60 days late | 90 days late | 120+ days late | Collection | Voluntary Surrender | Repossession | Charge Off | Foreclosure |

*Clerk of the District Court, Johnson County Kansas*
*10/29/21  04:04pm HS*

File Number: 332302912
Date Issued: 06/19/2021

Page 3 of 6

## TransUnion Credit Score
JEFFREY L. GOOD



YOUR CREDIT SCORE

| Your Score & Grade | Score & Grade Range | Where You Rank |
|---|---|---|
| Score<br>**Not Purchased**<br>(See Below)<br>Grade<br>-<br>Created on<br>06/19/2021 | Unavailable<br>(See Below) | Unavailable<br>(See Below) |
| Based on your TransUnion credit report, this is a depiction of your creditworthiness. | The numerical score ranges from 850 to 300 equaling grade ranges from A to F. | Your credit ranks higher than --% of the nation's population. |

**Summary**

You did not order a TransUnion credit score. You can purchase your credit score for $9.95 by calling 1-866-SCORE-TU or 1-866-726-7388.

*Clerk of the District Court, Johnson County Kansas*
*10/29/21  04:04pm HS*

File Number: 332302912
Date Issued: 06/19/2021

Page 4 of 6

# Your Investigation Results

**INVESTIGATION RESULTS - DISPUTED INFORMATION UPDATED AND OTHER INFORMATION UPDATED:** A change was made to the item(s) based on your dispute and other information has also changed.

**MOHELA/DEPT OF ED** #4257445167KM0**** ( 633 SPIRIT DRIVE, CHESTERFIELD, MO 63005, (800) 666-4352 )
We investigated the information you disputed and updated: **Date Updated; Date Closed; Rating; Payment Received**. Here is how this item appears on your credit report following our investigation.

| | | | |
|---|---|---|---|
| Date Opened: | 08/31/2006 | Balance: | $0 |
| Responsibility: | Individual Account | Date Updated: | 02/05/2018 |
| Account Type: | Installment Account | Payment Received: | 12/18/2017 ($1,309) |
| Loan Type: | STUDENT LOAN | Last Payment Made: | 12/18/2017 |
| | | High Balance: | $10,000 |

Pay Status: >Transferred; was 120 days past due date<
Terms: Monthly for 121 months
Date Closed: 02/05/2018
>Maximum Delinquency of 120 days in 10/2015 and in 02/2018<

**Remarks:** ACCT CLOSED DUE TO TRANSFER; TRANSFERRED TO ANOTHER OFFICE
Estimated month and year that this item will be removed: 05/2022

| | 01/2018 | 12/2017 | 11/2017 | 10/2017 | 09/2017 | 08/2017 | 07/2017 | 06/2017 | 05/2017 | 04/2017 | 03/2017 | 02/2017 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 |

| | 01/2017 | 12/2016 | 11/2016 | 10/2016 | 09/2016 | 08/2016 | 07/2016 | 06/2016 | 05/2016 | 04/2016 | 03/2016 | 02/2016 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 |

| | 01/2016 | 12/2015 | 11/2015 | 10/2015 | 09/2015 | 08/2015 | 07/2015 | 06/2015 | 05/2015 | 04/2015 | 03/2015 | 02/2015 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | 120 | 120 | 120 | 120 | 90 | 90 | OK | OK | OK | OK | OK | OK |

| | 01/2015 | 12/2014 | 11/2014 | 10/2014 | 09/2014 | 08/2014 | 07/2014 | 06/2014 |
|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK |

**MOHELA/DEPT OF ED** #4257445167KM0**** ( 633 SPIRIT DRIVE, CHESTERFIELD, MO 63005, (800) 666-4352 )
We investigated the information you disputed and updated: **Date Updated; Date Closed; Rating; Payment Received**. Here is how this item appears on your credit report following our investigation.

| | | | |
|---|---|---|---|
| Date Opened: | 07/21/2006 | Balance: | $0 |
| Responsibility: | Individual Account | Date Updated: | 02/05/2018 |
| Account Type: | Installment Account | Payment Received: | 12/18/2017 ($1,502) |
| Loan Type: | STUDENT LOAN | Last Payment Made: | 12/18/2017 |
| | | High Balance: | $18,301 |

Pay Status: >Transferred; was 120 days past due date<
Terms: Monthly for 134 months
Date Closed: 02/05/2018
>Maximum Delinquency of 120 days in 10/2015 and in 02/2018<

**Remarks:** ACCT CLOSED DUE TO TRANSFER; TRANSFERRED TO ANOTHER OFFICE
Estimated month and year that this item will be removed: 05/2022

| | 01/2018 | 12/2017 | 11/2017 | 10/2017 | 09/2017 | 08/2017 | 07/2017 | 06/2017 | 05/2017 | 04/2017 | 03/2017 | 02/2017 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 |

| | 01/2017 | 12/2016 | 11/2016 | 10/2016 | 09/2016 | 08/2016 | 07/2016 | 06/2016 | 05/2016 | 04/2016 | 03/2016 | 02/2016 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 |

| | 01/2016 | 12/2015 | 11/2015 | 10/2015 | 09/2015 | 08/2015 | 07/2015 | 06/2015 | 05/2015 | 04/2015 | 03/2015 | 02/2015 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | 120 | 120 | 120 | 120 | 90 | 90 | OK | OK | OK | OK | OK | OK |

| | 01/2015 | 12/2014 | 11/2014 | 10/2014 | 09/2014 | 08/2014 | 07/2014 | 06/2014 |
|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK |

**MOHELA/DEPT OF ED** #4257445167KM0**** ( 633 SPIRIT DRIVE, CHESTERFIELD, MO 63005, (800) 666-4352 )
We investigated the information you disputed and updated: **Date Updated; Date Closed; Rating; Payment Received**. Here is how this item appears on your credit report following our investigation.

| | | | |
|---|---|---|---|
| Date Opened: | 11/02/2006 | Balance: | $0 |
| Responsibility: | Individual Account | Date Updated: | 12/04/2017 |
| Account Type: | Installment Account | Payment Received: | 11/07/2017 ($419) |
| Loan Type: | STUDENT LOAN | Last Payment Made: | 11/07/2017 |
| | | High Balance: | $7,717 |

Pay Status: >Transferred; was 120 days past due date<
Terms: Monthly for 127 months
Date Closed: 12/04/2017
>Maximum Delinquency of 120 days in 10/2015 and in 12/2017<

**Remarks:** ACCT CLOSED DUE TO TRANSFER; TRANSFERRED TO ANOTHER OFFICE
Estimated month and year that this item will be removed: 05/2022

| | 11/2017 | 10/2017 | 09/2017 | 08/2017 | 07/2017 | 06/2017 | | | | 12/2016 |
|---|---|---|---|---|---|---|---|---|---|---|
| Rating | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 |

*Clerk of the District Court, Johnson County, Kansas*
*10/29/21 04:04pm HS*

File Number: 332302912  Page 5 of 6
Date Issued: 06/19/2021

| | 11/2016 | 10/2016 | 09/2016 | 08/2016 | 07/2016 | 06/2016 | 05/2016 | 04/2016 | 03/2016 | 02/2016 | 01/2016 | 12/2015 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 |

| | 11/2015 | 10/2015 | 09/2015 | 08/2015 | 07/2015 | 06/2015 | 05/2015 | 04/2015 | 03/2015 | 02/2015 | 01/2015 | 12/2014 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | 120 | 120 | 90 | 90 | OK | OK | OK | OK | OK | OK | OK | OK |

| | 11/2014 | 10/2014 | 09/2014 | 08/2014 | 07/2014 | 06/2014 |
|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK |

**MOHELA/DEPT OF ED** #4257445167KM0**** ( 633 SPIRIT DRIVE, CHESTERFIELD, MO 63005, (800) 666-4352 )

We investigated the information you disputed and updated: **Date Updated; Past Due; Terms; Date Closed; Rating; Payment Received**. Here is how this item appears on your credit report following our investigation.

| | | | |
|---|---|---|---|
| Date Opened: | 08/31/2006 | Balance: | $0 | Pay Status: | >Transferred; was 120 days past due date< |
| Responsibility: | Individual Account | Date Updated: | 02/05/2018 | | |
| Account Type: | Installment Account | Payment Received: | 12/18/2017 ($1,040) | Terms: | $0 per month, paid Monthly for 121 months |
| Loan Type: | STUDENT LOAN | Last Payment Made: | 12/18/2017 | | |
| | | High Balance: | $8,499 | Date Closed: | 02/05/2018 |
| | | | | | >Maximum Delinquency of 120 days in 10/2015 and in 02/2018< |

Remarks: ACCT CLOSED DUE TO TRANSFER; TRANSFERRED TO ANOTHER OFFICE
Estimated month and year that this item will be removed: 05/2022

| | 01/2018 | 12/2017 | 11/2017 | 10/2017 | 09/2017 | 08/2017 | 07/2017 | 06/2017 | 05/2017 | 04/2017 | 03/2017 | 02/2017 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 |

| | 01/2017 | 12/2016 | 11/2016 | 10/2016 | 09/2016 | 08/2016 | 07/2016 | 06/2016 | 05/2016 | 04/2016 | 03/2016 | 02/2016 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 |

| | 01/2016 | 12/2015 | 11/2015 | 10/2015 | 09/2015 | 08/2015 | 07/2015 | 06/2015 | 05/2015 | 04/2015 | 03/2015 | 02/2015 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | 120 | 120 | 120 | 120 | 90 | 90 | OK | OK | OK | OK | OK | OK |

| | 01/2015 | 12/2014 | 11/2014 | 10/2014 | 09/2014 | 08/2014 | 07/2014 | 06/2014 |
|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK |

File Number:    332302912          Page 6 of 6
Date Issued:    06/19/2021

In the preceding pages we have provided details on the results of our investigation. **If our investigation has not resolved your dispute, here's what you can do next:**

- **Add a 100-word statement to your report.** What this means is that you have the right to send us a note of 100 words or less describing your situation or why you disagree with the results, and we will add this statement to your report. Anyone who views your report will see this statement. Please know that if you include any medical information in your statement, this means you're giving TransUnion permission to include that information in any future credit report we issue on your behalf.
- **Dispute directly with the company that reported the information to us.** If you want changes made to information found on your credit report you may dispute with the company that reported it using the contact information listed in **Your Investigation Results.**
- **Provide to us any other information or documents about your dispute.** Please visit www.transunion.com/dispute and let us know you are filing a repeat dispute. Be sure to include any other information or documentation you feel will help us resolve your dispute.
- **File a complaint** about the company reporting the account or about TransUnion with the Consumer Financial Protection Bureau or with your State's Attorney General's office.

If there has been a change to your credit report as a result of our investigation, or if you have added a statement to your report, **you may ask TransUnion to send an updated credit report** to those who have received your report within the last 2 years for employment purposes or within the last 6 months for any other purpose.

### A Note on Inquiries

An inquiry is posted on your credit report to notify you that a company has requested your report. Companies can only request a credit report for a legitimate business reason (called permissible purpose). Examples of permissible purpose include: credit transactions, employment consideration, review or collection of an existing account or other legitimate business need, insurance underwriting, government licensing, rental application or court order. Inquiries stay on your credit report for up to two (2) years. Each company that requested your credit report will be listed in the section on inquires, along with their contact information. Please note, a company doesn't always need your authorization to view your credit report as long as they have a permissible purpose. If you think an inquiry was made without a permissible purpose, we strongly encourage you to reach out to the company who requested your credit report to find out whether they have opened an account in your name. The company can then investigate and if they determine that someone fraudulently applied for credit in your name, they can close that account and send us a letter requesting removal of the inquiry. If you have specific information that the inquiry was made fraudulently, you can also call our Fraud Victim Assistance department at 800-680-7289.

## Should You Wish to Contact TransUnion

Please have your TransUnion **FILE NUMBER** available.  Your unique **FILE NUMBER** is located at the top of each page of this correspondence.

**Online:**
To dispute information contained in your credit report, please visit:  www.transunion.com/disputeonline
For more information please visit our Frequently Asked Questions page at
http://transunion.com/consumerfaqs

**By Mail:**
TransUnion
P. O. Box 2000
Chester, PA 19016-2000

**By Phone:**
(800) 916-8800
You may contact us between the hours of 8:00 AM – 11:00 PM ET, Monday through Friday, except major holidays.

*Clerk of the District Court, Johnson County Kansas*
*10/29/21  04:04pm HS*



## Summary of Rights

### GENERAL SUMMARY OF RIGHTS UNDER THE FCRA

Para informacion en espanol, visite www.consumerfinance.gov/learnmore o escribe a la Consumer Financial Protection Bureau, 1700 G Street N.W. Washington, DC 20552.

### A Summary of Your Rights Under the Fair Credit Reporting Act

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). For more information, including information about additional rights, go to www.consumerfinance.gov/learnmore or write to:  Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, DC 20552.

- **You must be told if information in your file has been used against you.** Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment – or to take another adverse action against you – must tell you, and must give you the name, address, and phone number of the agency that provided the information.

- **You have the right to know what is in your file.** You may request and obtain all the information about you in the files of a consumer reporting agency (your 'file disclosure'). You will be required to provide proper identification, which may include your Social Security Number. In many cases, the disclosure will be free.  You are entitled to a free disclosure if:

  - a person has taken adverse action against you because of information in your credit report;
  - you are the victim of identity theft and place a fraud alert on your file;
  - your file contains inaccurate information as a result of fraud;
  - you are on public assistance;
  - you are unemployed but expect to apply for employment within 60 days.

  In addition, all consumers are entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See www.consumerfinance.gov/learnmore  for more additional information.

- **You have the right to ask for a credit score.** Credit scores are numerical summaries of your credit-worthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender.

- **You have the right to dispute incomplete or inaccurate information.** If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous. See www.consumerfinance.gov/learnmore for an explanation of dispute procedures.

- **Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information.** Inaccurate, incomplete, or unverifiable information must be removed or corrected, usually within 30 days.  However, a consumer reporting agency may continue to report information it has verified as accurate.

- **Consumer reporting agencies may not report outdated negative information.** In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.

- **Access to your file is limited.** A consumer reporting agency may provide information about you only to people with a valid need usually to consider an application with a creditor, insurer, employer, landlord or other business. The FCRA specifies those with a valid need for access.

- **You must give your consent for reports to be provided to employers.** A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer. Written consent generally is not required in the trucking industry. For more information, go to www.consumerfinance.gov/learnmore.

- **You may limit "prescreened" offers of credit and insurance you get based on information in your credit report.** Unsolicited "prescreened" offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address from the lists these offers are based on. You may opt-out with the nationwide credit bureaus at 1-888-567-8688 (888-5OPTOUT).

- **CONSUMERS HAVE THE RIGHT TO OBTAIN A SECURITY FREEZE.** You have a right to place a "security freeze" on your credit report, which will prohibit a consumer reporting agency from releasing information in your credit report without your express authorization. The security freeze is designed to prevent credit, loans, and services from being approved in your name without your consent. However, you should be aware that using a security freeze to take control over who gets access to the personal and financial information in your credit report may delay, interfere with, or prohibit the timely

Clerk of the District Court, Johnson County, Kansas
10/29/21  04:09pm HS

approval of any subsequent request or application you make regarding a new loan, credit, mortgage, or any other account involving the extension of credit.

A security freeze does not apply to a person or entity, or its affiliates, or collection agencies acting on behalf of the person or entity, with which you have an existing account that requests information in your credit report for the purposes of reviewing or collecting the account. Reviewing the account includes activities related to account maintenance, monitoring, credit line increases, and account upgrades and enhancements.

To place a security freeze, a consumer reporting agency will require you to provide appropriate proof of your identity, which may include your Social Security Number. You may place a security freeze on your credit report by contacting each of the three nationwide credit reporting agencies.

- Equifax: 1-800-525-6285; www.equifax.com
- Experian: 1-888-397-3742; www.experian.com
- TransUnion: 1-800-680-7289; www.transunion.com

- **As an alternative to a security freeze, you have the right to place an initial or extended fraud alert on your credit file at no cost.** An initial fraud alert is a 1-year alert that is placed on a consumer's credit file. Upon seeing a fraud alert display on a consumer's credit file, a business is required to take steps to verify the consumer's identity before extending new credit. If you are a victim of identity theft, you are entitled to an extended fraud alert, which is a fraud alert lasting 7 years.

- **You may seek damages from violators.** If a consumer reporting agency, or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court. You may also have the right to file suit under state law.

- **Identity theft victims and active duty military personnel have additional rights.** For more information, visit www.consumerfinance.gov/learnmore.



*Clerk of the District Court, Johnson County Kansas*
*10/29/21  04:04pm HS*

States may enforce the FCRA, and many states have their own consumer reporting laws. In some cases, you may have more rights under state law. For more information, contact your state or local consumer protection agency or your state Attorney General. For information about your federal rights, contact:

| TYPE OF BUSINESS: | CONTACT: |
|---|---|
| 1.a. Banks, savings associations, and credit unions with total assets of over $10 billion and their affiliates | a. Consumer Financial Protection Bureau<br>1700 G Street, N.W.<br>Washington, DC 20552 |
| b. Such affiliates that are not banks, savings associations, or credit unions also should list, in addition to the CFPB: | b. Federal Trade Commission<br>Consumer Response Center<br>600 Pennsylvania Avenue, N.W.<br>Washington, DC 20580          (877) 382-4357 |
| 2. To the extent not included in item 1 above:<br>a. National banks, federal savings associations, and federal branches and federal agencies of foreign banks | a. Office of the Comptroller of the Currency<br>Customer Assistance Group<br>1301 McKinney Street, Suite 3450<br>Houston, TX 77010 -9050 |
| b. State member banks, branches and agencies of foreign banks (other than federal branches, federal agencies, and Insured State Branches of Foreign Banks), commercial lending companies owned or controlled by foreign banks, and organizations operating under section 25 or 25A of the Federal Reserve Act. | b. Federal Reserve Consumer Help Center<br>PO Box 1200<br>Minneapolis, MN 55480 |
| c. Nonmember Insured Banks, Insured State Branches of Foreign Banks, and insured state savings associations | c. FDIC Consumer Response Center<br>1100 Walnut Street, Box #11<br>Kansas City, MO 64106 |
| d. Federal Credit Unions | d. National Credit Union Administration<br>Office of Consumer Financial Protection (OCFP)<br>Division of Consumer Compliance Policy and Outreach<br>1775 Duke Street<br>Alexandria, VA 22314 |
| 3. Air carriers | Asst. General Counsel for Aviation Enforcement & Proceedings<br>Aviation Consumer Protection Division<br>Department of Transportation<br>1200 New Jersey Avenue, S.E.<br>Washington, DC 20590 |
| 4. Creditors Subject to the Surface Transportation Board | Office of Proceedings, Surface Transportation Board<br>Department of Transportation<br>395 E Street, S.W.<br>Washington, DC 20423 |
| 5. Creditors Subject to the Packers and Stockyards Act, 1921 | Nearest Packers and Stockyards Administration area supervisor |
| 6. Small Business Investment Companies | Associate Deputy Administrator for Capital Access<br>United States Small Business Administration<br>409 Third Street, S.W., Suite 8200<br>Washington, DC 20416 |
| 7. Brokers and Dealers | Securities and Exchange Commission<br>100 F Street, N.E.<br>Washington, DC 20549 |
| 8. Federal Land Banks, Federal Land Bank Associations, Federal Intermediate Credit Banks, and Production Credit Associations | Farm Credit Administration<br>1501 Farm Credit Drive<br>McLean, VA 22102-5090 |
| 9. Retailers, Finance Companies, and All Other Creditors Not Listed Above | Federal Trade Commission<br>Consumer Response Center<br>600 Pennsylvania Avenue, N.W.<br>Washington, DC 20580          (877) 382-4357 |

*Clerk of the District Court, Johnson County Kansas*
*10/29/21  04:04pm HS*

*Clerk of the District Court, Johnson County Kansas*
*10/29/21  04:04pm HS*

P EAFSC-002 00982-I009806 10/1

IN THE DISTRICT COURT OF JOHNSON COUNTY, KANSAS
CIVIL COURT DEPARTMENT


JEFFREY GOOD

                Plaintiff                            Case No: 21CV05221

          vs                                      Division:   11

TRANSUNION LLC                              K.S.A. Chapter 60

                Defendant


REQUEST AND SERVICE INSTRUCTION FORM


To:  Clerk of the District Court:


Please issue a SUMMONS and PETITION in this action for TRANSUNION LLC whose address for service is:

      THE PRENTICE-HALL CORPORATION SYSTEM, KANSAS, INC., REGISTERED AGENT
2900 SW WANAMAKER DRIVE, SUITE 204
      TOPEKA, KS 66614


Certified mail service by the undersigned attorney, who understands that it is their responsibility to obtain service and to make the return to the clerk.  The postal receipt for service must be filed with the Clerk's office to prove service.


                        By: /s/ MARK D MOLNER
                        MARK D MOLNER, #24493
                        300 E 39TH STREET SUITE 1G
                        KANSAS CITY, MO 64111
                        816-200-2573

IN THE DISTRICT COURT OF JOHNSON COUNTY, KANSAS
CIVIL COURT DEPARTMENT

JEFFREY GOOD

                          Plaintiff                    Case No: 21CV05221
              vs                                       Division:   11
                                                       K.S.A. Chapter 60
TRANSUNION LLC
                          Defendant


REQUEST AND SERVICE INSTRUCTION FORM


To:  Clerk of the District Court:


Please issue a SUMMONS and PETITION in this action for UNITED STATES DEPARTMENT OF
EDUCATION whose address for service is:

        GENERAL COUNSEL - U.S. DEPT. OF EDUC. 400 MARYLAND AVE. SW
        WASHINGTON, DC 20202


Certified mail service by the undersigned attorney, who understands that it is their responsibility to
obtain service and to make the return to the clerk.  The postal receipt for service must be filed with the
Clerk's office to prove service.




                              By: /s/ MARK D MOLNER
                              MARK D MOLNER, #24493
                              300 E 39TH STREET SUITE 1G
                              KANSAS CITY, MO 64111
                              816-200-2573




                                                *Clerk of the District Court, Johnson County Kansas*
                                                *10/29/21  04:04pm HS*

IN THE DISTRICT COURT OF JOHNSON COUNTY, KANSAS
CIVIL COURT DEPARTMENT


JEFFREY GOOD

              Plaintiff                  Case No: 21CV05221

      vs                                Division:   11

                                  K.S.A. Chapter 60

TRANSUNION LLC

              Defendant


REQUEST AND SERVICE INSTRUCTION FORM


To:  Clerk of the District Court:


Please issue a SUMMONS and PETITION in this action for HIGHER EDUCATION LOAN
AUTHORITY OF THE STATE OF MISSOURI (MOHELA) whose address for service is:

      GENERAL COUNSEL - MOHELA 633 SPIRIT DRIVE
      CHESTERFIELD, MO 63005


Certified mail service by the undersigned attorney, who understands that it is their responsibility to
obtain service and to make the return to the clerk.  The postal receipt for service must be filed with the
Clerk's office to prove service.


              By: /s/ MARK D MOLNER
              MARK D MOLNER, #24493
              300 E 39TH STREET SUITE 1G
              KANSAS CITY, MO 64111
              816-200-2573

IN THE DISTRICT COURT OF JOHNSON COUNTY, KANSAS
CIVIL COURT DEPARTMENT


JEFFREY GOOD

                    Plaintiff                            Case No: 21CV05221

               vs                                         Division:   11

TRANSUNION LLC                                   K.S.A. Chapter 60

                     Defendant

## SUMMONS

To the above-named defendant:

     YOU ARE HEREBY NOTIFIED that an action has been commenced against you in this court. You are required to file your answer to the petition with the court and to serve a copy upon the plaintiff's attorney, as follows:


                    Name:    MARK D MOLNER
                  Address: 300 E 39TH STREET SUITE 1G
                             KANSAS CITY, MO 64111
                  Phone:   (816) 200-2573


Within 21 days after service of summons upon you.

     If you fail to do so, judgment by default will be taken against you for the relief demanded in the attached petition, which is incorporated herein by reference. Any related claim which you may have against the plaintiff must be stated as a counterclaim in your answer, or you will thereafter be barred from making such claim in any other action.




                                            /s/ Jennie Leach
                                            Clerk of the District Court


Dated:   November 1, 2021


Johnson County Court House, 150 W. Santa Fe St., Olathe, KS 66061

IN THE DISTRICT COURT OF JOHNSON COUNTY, KANSAS
CIVIL COURT DEPARTMENT


JEFFREY GOOD

      Plaintiff        Case No: 21CV05221

    vs            Division:   11

                 K.S.A. Chapter 60

UNITED STATES DEPARTMENT OF EDUCATION
      Defendant

         SUMMONS

To the above-named defendant:

   YOU ARE HEREBY NOTIFIED that an action has been commenced against you in this court. You are required to file your answer to the petition with the court and to serve a copy upon the plaintiff's attorney, as follows:


      Name:  MARK D MOLNER
      Address: 300 E 39TH STREET SUITE 1G
          KANSAS CITY, MO 64111
      Phone:  (816) 200-2573


Within 30 days after service of summons upon you.

   If you fail to do so, judgment by default will be taken against you for the relief demanded in the attached petition, which is incorporated herein by reference. Any related claim which you may have against the plaintiff must be stated as a counterclaim in your answer, or you will thereafter be barred from making such claim in any other action.




            /s/ Jennie Leach
            Clerk of the District Court


Dated:  November 1, 2021


Johnson County Court House, 150 W. Santa Fe St., Olathe, KS 66061

IN THE DISTRICT COURT OF JOHNSON COUNTY, KANSAS
CIVIL COURT DEPARTMENT


JEFFREY GOOD

                Plaintiff                          Case No: 21CV05221

        vs                                      Division:   11

                                          K.S.A. Chapter 60

HIGHER EDUCATION LOAN AUTHORITY OF THE STATE OF MISSOURI (MOHELA)

                Defendant

SUMMONS

To the above-named defendant:

      YOU ARE HEREBY NOTIFIED that an action has been commenced against you in this court. You are required to file your answer to the petition with the court and to serve a copy upon the plaintiff's attorney, as follows:


                Name:    MARK D MOLNER
                Address: 300 E 39TH STREET SUITE 1G
                              KANSAS CITY, MO 64111
                Phone:   (816) 200-2573


Within 30 days after service of summons upon you.

      If you fail to do so, judgment by default will be taken against you for the relief demanded in the attached petition, which is incorporated herein by reference. Any related claim which you may have against the plaintiff must be stated as a counterclaim in your answer, or you will thereafter be barred from making such claim in any other action.




                                          /s/ Jennie Leach
                                          Clerk of the District Court


Dated:   November 1, 2021


Johnson County Court House, 150 W. Santa Fe St., Olathe, KS 66061

*Clerk of the District Court, Johnson County Kansas*
*11/1/2021 14:11:02 HS*

IN THE DISTRICT COURT OF JOHNSON COUNTY, KANSAS

JEFFREY GOOD,

               Plaintiff,

        vs.                                 Case No. 21CV05221

UNITED STATES DEPARTMENT OF
EDUCATION, ET AL.,

               Defendant.

## **NOTICE OF FILING OF A NOTICE OF REMOVAL**

The United States Attorney, by and through Dustin J. Slinkard, Acting United States Attorney for the District of Kansas, Steven W. Brookreson, II, Assistant United States Attorney and Christopher Allman, Assistant United States Attorney, pursuant to D. Kan. Rule 81.1(c)(2), files a copy of the Notice of Removal of the above captioned case on behalf of the United States Department of Education, filed in the United States District Court for the District of Kansas on November 19, 2021.    The Notice of Removal, with an attachment, is attached to this notice as Exhibit 1.

Respectfully submitted,

DUSTIN J. SLINKARD
Acting United States Attorney
District of Kansas

s/ Steven W. Brookreson, II
STEVEN W. BROOKRESON, II
Assistant United States Attorney
Ks. S.Ct. No. 28106
500 State Avenue
Suite 360
Kansas City, Kansas 66101
PH: (913) 551-6730
FX: (913) 551-6541
Email: steven.brookreson@usdoj.gov

s/ Christopher Allman
CHRISTOPHER ALLMAN
Assistant United States Attorney
Ks. S. Ct. No. 14225
500 State Avenue, Suite 360
Kansas City, Kansas 66101
PH: (913) 551-6730
FX: (913) 551-6541
Email: chris.allman@usdoj.gov
Attorneys for the Defendant United States
Department of Education

2

<u>CERTIFICATE OF SERVICE</u>

I certify that on November 19, 2021, I filed the above by electronic filing with the Clerk of

Johnson County District Court, Kansas City, Kansas.

s/ Steven W. Brookreson, II
STEVEN W. BROOKRESON, II
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

JEFFREY GOOD,

                Plaintiff,

          vs.                                Case No. 21-2539

UNITED STATES DEPARTMENT OF
EDUCATION, ET AL.,

                Defendants.

## NOTICE OF REMOVAL

The United States of America files this Notice of Removal of the following action from the District Court of Johnson County, Kansas, Case No. 21CV05221, to the United States District Court for the District of Kansas. Pursuant to 28 U.S.C. § 1442, the United States of America alleges and states:

1.    The United States of America removes this action by authority of the Attorney General of the United States.

2.    The United States Department of Education is an agency of the federal government and has been named as a Defendant in a civil action pending in the District Court of Johnson County, Kansas, captioned *Jeffrey Good v. Transunion LLC et al.*, wherein Plaintiff seeks money damages arising from alleged violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq.

3.    Notice of the above action was given to the United States Department of Education on November 9, 2021.

4.    A copy of the summons and petition delivered to the United States Department of Education is attached marked as Exhibit A.

# Exhibit 1

5.    Pursuant to Title 28 U.S.C. § 1442, the United States of America has the right, at

its election and without bond, to remove this action from the District Court of Johnson County,

Kansas, to the United States District Court for the District of Kansas and does elect to remove this

action.

WHEREFORE, the United States of America respectfully submits notice that Case No.

21CV05221 pending in the District Court of Johnson County, Kansas, is removed from that court

to the United States District Court for the District of Kansas.

Respectfully submitted,

DUSTON J. SLINKARD
Acting United States Attorney
District of Kansas

s/ Steven W. Brookreson, II
STEVEN W. BROOKRESON, II
Assistant United States Attorney
Ks. S.Ct. No. 28106
500 State Avenue
Suite 360
Kansas City, Kansas 66101
PH: (913) 551-6730
FX: (913) 551-6541
Email: steven.brookreson@usdoj.gov

s/ Christopher Allman
CHRISTOPHER ALLMAN
Assistant United States Attorney
Ks. S. Ct. No. 14225
500 State Avenue, Suite 360
Kansas City, Kansas 66101
PH: (913) 551-6730
FX: (913) 551-6541
Email: chris.allman@usdoj.gov

Attorneys for the Defendant United States
Department of Education

ECF
DOCUMENT
I hereby attest and certify that this is a
printed copy of a document which was
electronically filed with the United States
District Court for the District of Kansas.
Date filed: 11-19-2021
Clerk, U.S. District Court
By: CA
Deputy Clerk

2

# Exhibit A – Summons and Complaint

IN THE DISTRICT COURT OF JOHNSON COUNTY, KANSAS
CIVIL COURT DEPARTMENT

JEFFREY GOOD

                Plaintiff

     vs

UNITED STATES DEPARTMENT OF EDUCATION
               Defendant

Case No: 21CV05221
Division:   11
K.S.A. Chapter 60

### SUMMONS

To the above-named defendant:

    YOU ARE HEREBY NOTIFIED that an action has been commenced against you in this court. You are required to file your answer to the petition with the court and to serve a copy upon the plaintiff's attorney, as follows:

        Name:   MARK D MOLNER
        Address: 300 E 39TH STREET SUITE 1G
                   KANSAS CITY, MO 64111
        Phone:  (816) 200-2573

Within 30 days after service of summons upon you.

    If you fail to do so, judgment by default will be taken against you for the relief demanded in the attached petition, which is incorporated herein by reference. Any related claim which you may have against the plaintiff must be stated as a counterclaim in your answer, or you will thereafter be barred from making such claim in any other action.



                             /s/ Jennie Leach
                             Clerk of the District Court

Dated:   November 1, 2021

Johnson County Court House, 150 W. Santa Fe St., Olathe, KS 66061

*Clerk of the District Court, Johnson County Kansas*
*11/1/2021 14:10:58 HS*

*Clerk of the District Court, Johnson County Kansas*
*11/19/21  12:08pm ML*

IN THE DISTRICT COURT OF JOHNSON COUNTY, KANSAS
CIVIL COURT DEPARTMENT

JEFFREY GOOD                     Plaintiff                    Case No: 21CV05221
                                                              Division:   11
            vs                                                K.S.A. Chapter 60

UNITED STATES DEPARTMENT OF EDUCATION
                    Defendant

SUMMONS

To the above-named defendant:

        YOU ARE HEREBY NOTIFIED that an action has been commenced against you in this court.
You are required to file your answer to the petition with the court and to serve a copy upon the
plaintiff's attorney, as follows:

                    Name:   MARK D MOLNER
                    Address: 300 E 39TH STREET SUITE 1G
                             KANSAS CITY, MO 64111
                    Phone:   (816) 200-2573

Within 30 days after service of summons upon you.

        If you fail to do so, judgment by default will be taken against you for the relief demanded in the
attached petition, which is incorporated herein by reference. Any related claim which you may have
against the plaintiff must be stated as a counterclaim in your answer, or you will thereafter be barred
from making such claim in any other action.



                                          /s/ Jennie Leach
                                          Clerk of the District Court

Dated:   November 1, 2021

Johnson County Court House, 150 W. Santa Fe St., Olathe, KS 66061

                                          *Clerk of the District Court, Johnson County Kansas*
                                          *11/1/2021 14:10:58 HS*

                                          *Clerk of the District Court, Johnson County Kansas*
                                          *11/19/21  12:08pm ML*

IN THE DISTRICT COURT OF JOHNSON COUNTY, KANSAS
CIVIL COURT DEPARTMENT

JEFFREY GOOD

                Plaintiff                   Case No: 21CV05221

     vs                                         Division:   11

TRANSUNION LLC                              K.S.A. Chapter 60

                Defendant

REQUEST AND SERVICE INSTRUCTION FORM

To:  Clerk of the District Court:

Please issue a SUMMONS and PETITION in this action for UNITED STATES DEPARTMENT OF EDUCATION whose address for service is:

    GENERAL COUNSEL - U.S. DEPT. OF EDUC. 400 MARYLAND AVE. SW WASHINGTON, DC 20202

Certified mail service by the undersigned attorney, who understands that it is their responsibility to obtain service and to make the return to the clerk.  The postal receipt for service must be filed with the Clerk's office to prove service.

                       By: /s/ MARK D MOLNER
                       MARK D MOLNER, #24493
                       300 E 39TH STREET SUITE 1G
                       KANSAS CITY, MO 64111
                       816-200-2573

*Clerk of the District Court, Johnson County Kansas*
*10/29/21  04:04pm HS*

*Clerk of the District Court, Johnson County Kansas*
*11/19/21  12:08pm ML*

21CV05221
Div11

## IN THE DISTRICT COURT OF JOHNSON COUNTY, KANSAS

| | | |
|---|---|---|
| JEFFREY GOOD | ) | Case No.: _____ |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | Division _____ |
| TRANSUNION LLC, | ) | |
| Serve:  Registered Agent | ) | |
| The Prentice-Hall Corporation System, Kansas, Inc. | ) | |
| 2900 SW Wanamaker Drive, Suite 204 | ) | |
| Topeka, KS 66614 | ) | |
| | ) | |
| And | ) | |
| | ) | |
| UNITED STATES DEPARTMENT | ) | |
| OF EDUCATION | ) | |
| Serve: | ) | |
| General Counsel - U.S. Dept. of Educ. | ) | |
| 400 Maryland Ave. SW | ) | |
| Washington, D.C. 20202 | ) | |
| | ) | |
| And | ) | |
| | ) | |
| HIGHER EDUCATION LOAN AUTHORITY | ) | |
| OF THE STATE OF MISSOURI (MOHELA) | ) | |
| Serve: | ) | |
| General Counsel – MOHELA | ) | |
| 633 Spirit Drive | ) | |
| Chesterfield, MO 63005 | ) | |
| Defendants. | ) | |

### PETITION FOR DAMAGES

COMES NOW Jeffrey Good ("Plaintiff"), by and through counsel, and for his causes of

action against TransUnion LLC ("TransUnion"), the Higher Education Loan Authority of the

State of Missouri ("MOHELA"), and the United States Department of Education ("USDoE")

state and allege as follows:

### JURISDICTION

1)    Plaintiff files this action for damages arising from violations of the Fair Credit

Reporting Act ("FCRA"), 15 U.S.C. § 1681 et seq.

2)      Jurisdiction of this court arises under 28 U.S.C. § 1331 and 1343; and 15 U.S.C. § 1681(p).

3)      Venue and personal jurisdiction in this Court are proper pursuant to 28 U.S.C. § 1391(b), as the conduct alleged was committed in Johnson County, Kansas, because Plaintiff resides in this County, and one or more Defendants reside or do business within this County.

4)      Defendant TransUnion may be served with process at the address listed above.

5)      Defendant MOHELA may be served with process at the address listed above.

6)      Defendant USDoE may be served with process at the address listed above.

## PARTIES

7)      Plaintiff incorporates all statements above as if fully restated here.

8)      Plaintiff is a natural person residing in Overland Park, Johnson County, Kansas.

9)      During all times pertinent to this Petition, Defendants were authorized to conduct business in the State of Kansas and conducted business in Kansas on a routine and systematic basis.

10)     Defendant TransUnion is a "credit reporting agency" as defined in 15 USC 1681a(f).

11)     On information and belief, Defendant TransUnion is regularly engaged in the business of assembling, evaluating, and disbursing information concerning consumers for the purpose of furnishing consumer reports, as defined in 15 USC 1681a(d), to third parties.

12)     At all relevant times, Defendant TransUnion acted through duly authorized agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and/or insurers.

13)     Defendant MOHELA is a "person" as defined in 15 USC 1681a(b).

*Clerk of the District Court, Johnson County Kansas*
*10/29/21  04:04pm HS*

*Clerk of the District Court, Johnson County Kansas*
*11/19/21  12:08pm ML*

14)     Defendant MOHELA is a "furnisher of information" as defined in 15 USC 1681a(f).

15)     On information and belief, Defendant MOHELA is regularly engaged in the business of assembling, evaluating, and disbursing information concerning consumers for the purpose of furnishing consumer reports, as defined in 15 USC 1681a(d), to third parties.

16)     At all relevant times, Defendant MOHELA acted through duly authorized agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and/or insurers.

17)     Defendant USDoE is a "person" as defined in 15 USC 1681a(b).

18)     Defendant USDoE is a "furnisher of information" as defined in 15 USC 1681a(f).

19)     On information and belief, Defendant USDoE is regularly engaged in the business of assembling, evaluating, and disbursing information concerning consumers for the purpose of furnishing consumer reports, as defined in 15 USC 1681a(d), to third parties.

20)     At all relevant times, Defendant USDoE acted through duly authorized agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and/or insurers.

## STATEMENT OF FACTS

21)     Plaintiff incorporates all statements above as if fully restated here.

22)     Within two years of the the date of filing the instant suit, Plaintiff discovered errors on each of his credit reports, provided by Experian, Equifax, and Trans Union.

23)     On or about April 20, 2021, Plaintiff sent a dispute to each of the three credit bureaus and to defendant MOHELA, as servicer and representative for US DoE, disputing the reporting on his credit report.

24)     In each correspondence, Plaintiff disputed the accuracy of the reports and
requested reinvestigation within 30 days pursuant to 15 U.S.C. § 1681i(a)(1)(A).

25)     In addition, Plaintiff requested the description of the procedure used to determine
the accuracy and completeness of the information within 15 days of completion of the
reinvestigation.

26)     On April 28, 2021, MOHELA responded as a servicer and representative of
Defendant USDoE, refusing to correct the disputed reporting. See Attached *Exhibit A*.

27)     On April 27, 2021, Experian responded to Plaintiff's dispute, correcting the issue.

28)     On May 8, 2021, Equifax responded to Plaintiff's dispute, correcting the issue.

29)     On June 19, 2021, TransUnion responded to Plaintiff's dispute, failing to correct
the issue.  See Attached *Exhibit B.*

30)     In their response, Defendant Transunion failed to indicate if any attention was
paid what-so-ever to the US Department of Education tradelines clearly indicated in Plaintiff's
dispute.

31)     On information and belief, Defendant Transunion failed to give any attention to
the US Department of Education tradelines though clearly indicated in Plaintiff's dispute.

32)     The issue, as set forth in Plaintiff's written dispute, was that TransUnion was
reporting two delinquent tradelines simultaneously for the same account, for four different
accounts, which dramatically, improperly suppresses Plaintiff's credit score.

33)     Defendant TransUnion repeatedly, deliberately, willfully, intentionally, recklessly,
and negligently failed to perform reasonable investigations of the disputes as required by the
FCRA.

34)     As a result of Defendants' conduct, Plaintiff suffered damage to his creditworthiness, loss of financial opportunity, and emotional and mental pain and anguish, and Plaintiff will continue to suffer the same for an indefinite time in the future, all to Plaintiff's detriment and loss.

35)     As a result of Defendants' conduct, Plaintiff suffered a decreased credit score as a result of the negative entry appearing on Plaintiff's credit reports, preventing him from being able to obtain refinancing.

36)     As a result of Defendants' conduct, Plaintiff suffered embarrassment in the form of a denial of a job offer in one instance, and being forced to explain in a detailed writing to another potential employer why his credit score was low, and what steps he intended to take to repair it in the future.

37)     Plaintiff took extraordinary measures to avoid the delinquency.

## COUNT I
## TRANSUNION
## VIOLATION OF THE FCRA, 15 U.S.C. § 1681 et. seq.

38)     Plaintiff incorporates all statements above as if fully restated here.

39)     The FCRA provides that if the completeness of accuracy of any item of information contained in a consumer's file at a consumer reporting agency is disputed by the consumer and the consumer notifies the agency directly of such dispute, the agency shall conduct a reasonable reinvestigation to determine whether the disputed information is inaccurate, or delete the item from the file within thirty (30) days of receiving the consumer's dispute notice. 15 U.S.C. § 1681i(a)(1)(A).

40)     The Act further requires the credit reporting agency, within 5 business days of receiving notice of the consumer's dispute, to provide notification of the dispute to the person

who furnished the information in dispute and requires the credit reporting agency to "include all

relevant information regarding the dispute that the agency received from the consumer." 15

U.S.C. § 1681i(a)(1)(A).

    41)    In conducting its reinvestigation of disputed information in a consumer report, the

credit reporting agency is required to "review and consider all relevant information submitted by

the consumer."

    42)    In or around May 26, 2021, Plaintiff notified Defendant TransUnion of

inaccuracies contained in the reports and asked them to correct the inaccuracies.

    43)    Defendant TransUnion failed to correct the inaccuracies.

    44)    Defendant TransUnion failed to conduct a reasonable reinvestigation of the

inaccuracies that Plaintiff disputed.

    45)    Defendant TransUnion failed to review and consider all relevant information

submitted by Plaintiff.

    46)    Defendant TransUnion failed to employ and follow reasonable procedures to

assure maximum possible accuracy of Plaintiff's credit reports, information, and file, in violation

of 15 U.S.C. § 1681e(b).

    47)    TransUnion's response, ignores Plaintiff's dispute of the USDoE tradeline

altogether, which demonstrates a lack of diligence on TransUnion's part, which is prima facie

evidence of a failure to conduct a reasonable reinvestigation of the inaccuracies that Plaintiff

disputed, a failure to review and consider all relevant information, and a failure to follow

reasonable procedures to assure maximum possible accuracy of Plaintiff's credit report.

    48)    As a result of the above-described violations of § 1681i and § 1681e(b), Plaintiff

sustained damages.

*Clerk of the District Court, Johnson County Kansas*
*10/29/21  04:04pm HS*

*Clerk of the District Court, Johnson County Kansas*
*11/19/21  12:08pm ML*

49)     TransUnion's violations of the FCRA were willful and therefore Plaintiff is
entitled to seek statutory and punitive damages.

WHEREFORE, Plaintiff respectfully request the following relief:

A.      Statutory damages, actual damages, and punitive damages pursuant to 15 U.S.C.
§§ 1681n and 1681o;

B.      Costs and reasonable attorney's fees pursuant to 15 U.S.C. §§ 1681n and 1681o;

C.      Taxable expenses, pre-judgment, and post judgment interest as may be allowed by
law; and

D.      For such other and further relief as the Court may deem just and proper.

### COUNT II
### MOHELA
### <u>VIOLATION OF THE FCRA, 15 U.S.C. § 1681 et. seq.</u>

50)     Plaintiff incorporates all statements above as if fully restated here .

51)     Defendant, MOHELA, is a "furnisher of information" under FCRA. Upon receipt
of notice from a credit agency that a consumer disputes information being reported by a furnisher
of information, the FCRA requires furnishers to conduct an investigation with respect to the
disputed information, to review all relevant information, to report the results of the investigation
to the credit reporting agency, and, if the investigation reveals that the information is incomplete
or inaccurate, to report those results to all other credit reporting agencies to which the furnisher
had provided the inaccurate information.

52)     Plaintiff notified Defendants Equifax, Experian, and TransUnion that their reports
concerning the Plaintiff's former MOHELA debt were inaccurate. Plaintiff provided copies of
relevant documents (indisputable evidence), which was provided to the credit reporting agencies

and the agencies notified Defendant MOHELA that Plaintiff was disputing the information it furnished to the credit reporting agencies.

53)    Plaintiff similarly notified Defendant MOHELA that their reporting concerning the Plaintiff's MOHELA debt was inaccurate by providing its dispute, containing relevant documents, to the furnisher directly. Nonetheless, Defendant MOHELA refused to take the corrective measures required by the FCRA.

54)    Upon information and belief, Defendant MOHELA took proper corrective action with Experian and Equifax, yet refused to take the corrective measures required by the FCRA as regards Defendant TransUnion.

55)    Defendant MOHELA violated sections 15 U.S.C. §§ 1681n and 1681o of the FCRA by engaging in willful and negligent noncompliance of 15 U.S.C. § 1681s-2(a), (b) through the following conduct:

    a)    Refusal to conduct an investigation of Plaintiff's disputes when the information is readily available;

    b)    Refusal to review all relevant information concerning Plaintiff's account when this information is readily available; alternately, failing to report the results of its review/investigation to the consumer reporting agencies;

    c)    Intentional failure to report the accurate status of Plaintiff's account information to the credit reporting agencies;

    d)    Intentional failure to properly participate, investigate, and comply with reinvestigations conducted by the credit reporting agencies regarding Plaintiff's disputes; and

e)    Continuing to furnish and disseminate inaccurate and derogatory credit,

account, and other information regarding Plaintiff to the credit reporting

agencies despite actual knowledge of these inaccuracies.

56)    Defendant's conduct was a direct and proximate cause, as well as a substantial

factor, in causing serious damages to Plaintiff. Consequently, Plaintiff suffered emotional distress

and consequential damages, including credit impairment.

57)    As a result of Defendants' conduct, Plaintiff suffered a decreased credit score as a

result of the negative entry appearing on Plaintiff's credit reports, preventing him from being

able to obtain refinancing.

58)    As a result of Defendants' conduct, Plaintiff suffered embarrassment in the form

of a denial of a job offer in one instance, and being forced to explain in a detailed writing to

another potential employer why his credit score was low, and what steps he intended to take to

repair it in the future.

59)    Pursuant to 15 U.S.C. § 1681n, Defendant is further liable for statutory damages,

punitive damages, attorneys' fees, costs, as well as other such relief.

WHEREFORE, Plaintiff respectfully request the following relief:

A.    Statutory damages, actual damages, and punitive damages pursuant to 15 U.S.C.

§§ 1681n and 1681o;

B.    Costs and reasonable attorney's fees pursuant to 15 U.S.C. §§ 1681n and 1681o;

C.    Taxable expenses and pre-judgment, and post judgment interest as may be

allowed by law; and

D.    For such other and further relief as the Court may deem just and proper.

**COUNT III**
**U.S. Department of Education**
**VIOLATION OF THE FCRA, 15 U.S.C. § 1681 et. seq.**

60)     Plaintiff incorporates all statements above as if fully restated here .

61)     Defendant, USDoE, is a "furnisher of information" under FCRA. Upon receipt of

notice from a credit agency that a consumer disputes information being reported by a furnisher of

information, the FCRA requires furnishers to conduct an investigation with respect to the

disputed information, to review all relevant information, to report the results of the investigation

to the credit reporting agency, and, if the investigation reveals that the information is incomplete

or inaccurate, to report those results to all other credit reporting agencies to which the furnisher

had provided the inaccurate information.

62)     Plaintiff notified Defendant TransUnion that its reports concerning the Plaintiff's

former USDoE debt were inaccurate. Plaintiff provided copies of relevant documents

(indisputable evidence), which was provided to the credit reporting agencies and the agencies

notified Defendant USDoE that Plaintiff was disputing the information it furnished to the credit

reporting agencies. Nonetheless, bizarrely, Defendant USDoE took proper corrective action with

Experian and Equifax, yet refused to take the corrective measures required by the FCRA as

regards Defendant TransUnion.

63)     Plaintiff caused Defendant USDoE to be notified that their reporting concerning

the Plaintiff's USDoE debt was inaccurate. Plaintiff provided copies of relevant documents

(indisputable evidence), which were provided to the furnisher directly. Nonetheless, Defendant

USDoE refused to take the corrective measures required by the FCRA.

64)    Defendant USDoE violated sections 15 U.S.C. §§ 1681n and 1681o of the FCRA

by engaging in willful and negligent noncompliance of 15 U.S.C. § 1681s-2(a), (b) through the

following conduct:

     a)    Refusal to conduct an investigation of Plaintiff's disputes when the

          information is readily available;

     b)    Refusal to review all relevant information concerning Plaintiff's account

          when this information is readily available; alternately, failing to report the

          results of its review/investigation to the consumer reporting agencies;

     c)    Intentional failure to report the accurate status of Plaintiff's account

          information to the credit reporting agencies;

     d)    Intentional failure to properly participate, investigate, and comply with

          reinvestigations conducted by the credit reporting agencies regarding

          Plaintiff's disputes; and

     e)    Continuing to furnish and disseminate inaccurate and derogatory credit,

          account, and other information regarding Plaintiff to the credit reporting

          agencies despite actual knowledge of these inaccuracies.

65)    Defendant's conduct was a direct and proximate cause, as well as a substantial

factor, in causing serious damages to Plaintiff. Consequently, Plaintiff suffers emotional distress

and consequential damages, including credit impairment.

66)    As a result of Defendants' conduct, Plaintiff suffered a decreased credit score as a

result of the negative entry appearing on Plaintiff's credit reports, preventing him from being

able to obtain refinancing.

67)     As a result of Defendants' conduct, Plaintiff suffered embarrassment in the form of a denial of a job offer in one instance, and being forced to explain in a detailed writing to another potential employer why his credit score was low, and what steps he intended to take to repair it in the future.

68)     Pursuant to 15 U.S.C. § 1681n, Defendant is further liable for statutory damages, punitive damages, attorneys' fees, costs, as well as other such relief.

WHEREFORE, Plaintiff respectfully requests the following relief:

A. Statutory damages, actual damages, and punitive damages pursuant to 15 U.S.C. §§ 1681n and 1681o;

B. Costs and reasonable attorney's fees pursuant to 15 U.S.C. §§ 1681n and 1681o;

C. Taxable expenses and pre-judgment, and post judgment interest as may be allowed by law; and

D. For such other and further relief as the Court may deem just and proper.

## **DEMAND FOR JURY TRIAL**

Please take notice that Plaintiff requests a trial by jury in this action.

Respectfully submitted,
MOLNER LAW GROUP, LLC

By:    /s/ Mark D. Molner
Mark D. Molner, KS 24493
300 E. 39th Street, Suite 1G
Kansas City, MO 64111
Telephone: (816) 281-8549
Facsimile:  (816) 817-1473
mark@molnerlaw.com
**ATTORNEY FOR PLAINTIFF
JEFFREY GOOD**

*Clerk of the District Court, Johnson County Kansas*
*10/29/21  04:04pm HS*

*Clerk of the District Court, Johnson County Kansas*
*11/19/21  12:08pm ML*

## PLAINTIFF'S EXHIBIT A



**MOHELA®**
A Department of Education Servicer



**U.S. Department of Education**
Information about your federal student loan

April 28, 2021

Jeffery Good
11521 Flint Street
Overland Park, KS 66210

Acct#: XXX-XXX-5167

We are writing in response to correspondence received on April 27, 2021, disputing information reported to the Consumer Reporting Agencies (CRAs).

Below are the results from our investigation of the disputed information.

As of 12/04/2017, your account status has defaulted and delinquency transferred.

Our records indicate that no forbearance or deferment request was made before the following negative reporting occurred:

August 2013: 90-119 days past due

August 2015: 90-119 days past due
September 2015: 90-119 days past due
October 2015: 120-149 days past due
November 2015: 150-179 days past due
December 2015: 150-179 days past due
January 2016: 120-149 days past due
February 2016: 150-179 days past due
March 2016: 150-179 days past due
April 2016 – April 2017: 180 or more days past due
May 2017: 150-179 days past due
June 2017: 150-179 days past due
July 2017 – January 2018: 180 or more days past due

The following documents are under separate cover:
- Payment History

As a federal servicer for the U.S. Department of Education, Office of Federal Student Aid (FSA), MOHELA furnishes information regarding student loan borrowers to the CRAs. In this capacity, MOHELA acts as an Information Furnisher on behalf of FSA. As an Information Furnisher, MOHELA has an obligation to ensure the integrity and accuracy of information reported to

Customer Service Hours (CT): 7 a.m. to 9 p.m. Monday-Thursday, 7 a.m. to 5 p.m. Friday
phone 866.820.8542   fax 866.222.7060   TDD Dial 711
633 Spirit Drive, Chesterfield, MO 63005-1243
mohela.com   fb.com/MOHELA.usa   @MOHELA

*Clerk of the District Court, Johnson County Kansas*
*10/29/21  04:04pm HS*

*Clerk of the District Court, Johnson County Kansas*
*11/19/21  12:08pm ML*





CRAs. While Information Furnishers do have an obligation to investigate and correct or remove errors, we cannot remove information correctly reported, as doing so would be materially misleading in evaluating a consumer's creditworthiness, credit standing, or credit capacity. If your account remained 90 or more days past due prior to the end of any given month, the negative consumer credit reporting that occurred prior to making payment or obtaining a forbearance to cease delinquency is correct and cannot be removed.

If you would like for us to further investigate the dispute, please submit supporting documentation, such as a credit report, or contact us at the number listed below.

Sincerely,

Credit Reporting Department
MOHELA

Customer Service Hours (CT): 7 a.m. to 9 p.m. Monday-Thursday, 7 a.m. to 5 p.m. Friday
phone 866.820.8542   fax 866.222.7060   TDD Dial 711
633 Spirit Drive, Chesterfield, MO 63005-1243
mohela.com   fb.com/MOHELA.usa   @MOHELA

*Clerk of the District Court, Johnson County Kansas*
*10/29/21  04:04pm HS*

*Clerk of the District Court, Johnson County Kansas*
*11/19/21  12:08pm ML*




**U.S. Department of Education**
Information about your federal student loan

April 28, 2021

Jeffery Good
11521 Flint Street
Overland Park, KS 66210

RE: XXX-XXX-5167

**GO PAPERLESS!**

Receive all of your information from MOHELA via our secure messaging system. Letters, forms, monthly statements, and other notifications can be received via your online inbox instead of receiving them by mail. Sign up for this service today www.mohela.com.

*Clerk of the District Court, Johnson County Kansas*
*10/29/21  04:04pm HS*

p 888.866.4352 | f 866.222.7060 | TDD Dial 711 | 7 a.m. – 9 p.m. M-Th, 7 a.m. – 5 p.m. F CT | www.mohela.com
633 Spirit Drive | Chesterfield, MO 63005-1243

*Clerk of the District Court, Johnson County Kansas*
*11/19/21  12:08pm ML*

# PLAINTIFF'S EXHIBIT B

*** 332302912-017 ***
TransUnion LLC
PO Box 805
Woodlyn, PA 19094-0805

06/19/2021


Information for Good.

PEAFSC00200982-I009797-080873668

JEFFREY L. GOOD
11521 FLINT ST
OVERLAND PARK, KS 66210-3475

Dear JEFFREY L. GOOD,

We understand that recently something on your credit report did not seem right to you. We take this matter seriously, and we want to make sure your TransUnion credit report is accurate. It's our commitment to you.

Our investigation of the dispute you submitted is now complete.   After a review of your dispute and any provided documentation, we took one or more of the following action(s):

1. Updated your credit report based on the information you provided; OR
2. Determined that the information you disputed either does not appear on your credit file or already shows the requested status;  OR
3. Determined that the data furnisher had previously verified the reported information.  If any of the items you disputed were previously verified, a separate communication was sent to you listing those items along with the data furnisher's contact information; OR
4. Asked the data furnisher reporting the information you disputed to do all of the following:
   - Review relevant information we sent them, including any provided documents
   - Investigate your dispute and verify whether the information they report is accurate
   - Provide us a response to your dispute and update any other information
   - Update their records and systems, if necessary;

Should you wish to receive the above description of the procedures we used to investigate your dispute in a separate communication for your records, please contact TransUnion.

Your dispute is important. In the pages that follow, you will see your detailed investigation results, including the name and contact details of the source of the information. Please review the results carefully.  To view a full copy of your credit report and for more information about how to read your credit report, please visit www.transunion.com/fullreport.

---

## How to Read Your Investigation Results

You will see that, for each disputed item, a summary explanation appears in the gray box, followed by a brief paragraph describing the results of our investigation, followed by a view of how the item appears in your updated credit report. Please note any changes we made to personal information (name, address, employment, SSN, date of birth) will appear at the end of Your Investigation Results.

*Clerk of the District Court, Johnson County Kansas*
*11/19/21  04:04pm HS*

*Clerk of the District Court, Johnson County Kansas*
*11/19/21  12:08pm ML*

File Number:     332302912              Page 2 of 6
Date Issued:     06/19/2021

## A Note on Credit Report Updates

Information in your credit report is updated frequently which means items you disputed may not appear on your credit report or have already changed by the time we received your dispute. In most cases, the **Date Updated** represents the last time the account information was updated or reported by the data furnisher. Please note that this date may not change following our investigation of your dispute. For **Payment Received** and **Last Payment Made**, please keep in mind, the data may not represent very recent payment activity.

## Definitions

For your reference, here are some definitions to help you understand **Your Investigation Results**.

### For ACCOUNTS:

| | |
|---|---|
| **Balance:** The balance owed as of the date the account was verified or reported | **Original Charge Off:** If applicable, the amount charged off due to non-payment of the account |
| **Credit Limit:** The maximum amount of credit approved by the creditor on the account | **Past Due:** The amount past due as of the date the account was verified or reported |
| **Date Opened:** The date the account was Opened | **Pay Status:** The current status of the account; how you are currently paying. For accounts that have been paid and closed, sold, or transferred, it represents the last reported status of the account. |
| **High Balance:** The highest amount ever owed on an account | **Remarks:** If applicable, the creditor may provide additional information here related to the account |
| **Last Payment Made:** The date the creditor received the last payment on the account | **Responsibility:** The type of contractual ownership (individual, joint, authorized user, etc.) of the account |
| **Maximum Delinquency:** If applicable, the maximum amount past due before an account becomes a charge-off or a collection account | **Terms:** The monthly payment amount or monthly minimum payment due on the account |

## Rating Key

Some creditors report the timeliness of your payments each month in relation to your agreement with them. The ratings in the key below describe the payments that may be reported by your creditors. This rating key will help you understand any updates to your **PAYMENT HISTORY**, if applicable to **YOUR INVESTIGATION RESULTS**. Any rating that is shaded or any value in the account detail appearing with brackets (> <) may indicate that it is considered adverse.

| N/R | X | OK | 30 | 60 | 90 | 120 | COL | VS | RPO | C/O | FC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Not Reported | Unknown | Current | 30 days late | 60 days late | 90 days late | 120+ days late | Collection | Voluntary Surrender | Repossession | Charge Off | Foreclosure |

*Clerk of the District Court, Johnson County Kansas*
*10/29/21  04:04pm HS*

*Clerk of the District Court, Johnson County Kansas*
*11/19/21  12:08pm ML*
P EAFSC-002 00982-I009798 02/'

File Number:     332302912
Date Issued:     06/19/2021                          Page 3 of 6

## TransUnion Credit Score

JEFFREY L. GOOD



YOUR CREDIT SCORE

| Your Score & Grade | Score & Grade Range | Where You Rank |
|---|---|---|
| Score<br>**Not Purchased**<br>(See Below)<br>Grade<br>--<br>Created on<br>06/19/2021 | Unavailable<br>(See Below) | Unavailable<br>(See Below) |
| Based on your TransUnion credit report, this is a depiction of your creditworthiness. | The numerical score ranges from 850 to 300 equaling grade ranges from A to F. | Your credit ranks higher than ---% of the nation's population. |

**Summary**

You did not order a TransUnion credit score. You can purchase your credit score for $9.95 by calling 1-866-SCORE-TU or 1-866-726-7388.

*Clerk of the District Court, Johnson County Kansas*
*10/29/21  04:04pm HS*

*Clerk of the District Court, Johnson County Kansas*
*11/19/21  12:08pm ML*

File Number:      332302912          Page 4 of 6
Date Issued:      08/19/2021

# Your Investigation Results

**INVESTIGATION RESULTS - DISPUTED INFORMATION UPDATED AND OTHER INFORMATION UPDATED:  A change was made to the item(s) based on your dispute and other information has also changed.**

**MOHELA/DEPT OF ED #4257445167KM0****** ( 633 SPIRIT DRIVE, CHESTERFIELD, MO 63005, (800) 666-4352 )
We investigated the information you disputed and updated: **Date Updated; Date Closed; Rating; Payment Received.**  Here is how this item appears on your credit report following our investigation.

| | | |
|---|---|---|
| Date Opened: 08/31/2006 | Balance: $0 | Pay Status: >Transferred; was 120 days past due date< |
| Responsibility: Individual Account | Date Updated: 02/05/2018 | |
| Account Type: Installment Account | Payment Received: 12/18/2017 ($1,309) | Terms: Monthly for 121 months |
| Loan Type: STUDENT LOAN | Last Payment Made: 12/18/2017 | Date Closed: 02/05/2018 |
| | High Balance: $10,000 | >Maximum Delinquency of 120 days in 10/2015 and in 02/2018< |

Remarks: ACCT CLOSED DUE TO TRANSFER; TRANSFERRED TO ANOTHER OFFICE
Estimated month and year that this item will be removed: 05/2022

| | 01/2018 | 12/2017 | 11/2017 | 10/2017 | 09/2017 | 08/2017 | 07/2017 | 06/2017 | 05/2017 | 04/2017 | 03/2017 | 02/2017 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 |

| | 01/2017 | 12/2016 | 11/2016 | 10/2016 | 09/2016 | 08/2016 | 07/2016 | 06/2016 | 05/2016 | 04/2016 | 03/2016 | 02/2016 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 |

| | 01/2016 | 12/2015 | 11/2015 | 10/2015 | 09/2015 | 08/2015 | 07/2015 | 06/2015 | 05/2015 | 04/2015 | 03/2015 | 02/2015 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | 120 | 120 | 120 | 120 | 90 | 90 | OK | OK | OK | OK | OK | OK |

| | 01/2015 | 12/2014 | 11/2014 | 10/2014 | 09/2014 | 08/2014 | 07/2014 | 06/2014 |
|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK |

**MOHELA/DEPT OF ED #4257445167KM0****** ( 633 SPIRIT DRIVE, CHESTERFIELD, MO 63005, (800) 666-4352 )
We investigated the information you disputed and updated: **Date Updated; Date Closed; Rating; Payment Received.**  Here is how this item appears on your credit report following our investigation.

| | | |
|---|---|---|
| Date Opened: 07/21/2006 | Balance: $0 | Pay Status: >Transferred; was 120 days past due date< |
| Responsibility: Individual Account | Date Updated: 02/05/2018 | |
| Account Type: Installment Account | Payment Received: 12/18/2017 ($1,502) | Terms: Monthly for 134 months |
| Loan Type: STUDENT LOAN | Last Payment Made: 12/18/2017 | Date Closed: 02/05/2018 |
| | High Balance: $18,301 | >Maximum Delinquency of 120 days in 10/2015 and in 02/2018< |

Remarks: ACCT CLOSED DUE TO TRANSFER; TRANSFERRED TO ANOTHER OFFICE
Estimated month and year that this item will be removed: 05/2022

| | 01/2018 | 12/2017 | 11/2017 | 10/2017 | 09/2017 | 08/2017 | 07/2017 | 06/2017 | 05/2017 | 04/2017 | 03/2017 | 02/2017 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 |

| | 01/2017 | 12/2016 | 11/2016 | 10/2016 | 09/2016 | 08/2016 | 07/2016 | 06/2016 | 05/2016 | 04/2016 | 03/2016 | 02/2016 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 |

| | 01/2016 | 12/2015 | 11/2015 | 10/2015 | 09/2015 | 08/2015 | 07/2015 | 06/2015 | 05/2015 | 04/2015 | 03/2015 | 02/2015 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | 120 | 120 | 120 | 120 | 90 | 90 | OK | OK | OK | OK | OK | OK |

| | 01/2015 | 12/2014 | 11/2014 | 10/2014 | 09/2014 | 08/2014 | 07/2014 | 06/2014 |
|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK |

**MOHELA/DEPT OF ED #4257445167KM0****** ( 633 SPIRIT DRIVE, CHESTERFIELD, MO 63005, (800) 666-4352 )
We investigated the information you disputed and updated: **Date Updated; Date Closed; Rating; Payment Received.**  Here is how this item appears on your credit report following our investigation.

| | | |
|---|---|---|
| Date Opened: 11/02/2006 | Balance: $0 | Pay Status: >Transferred; was 120 days past due date< |
| Responsibility: Individual Account | Date Updated: 12/04/2017 | |
| Account Type: Installment Account | Payment Received: 11/07/2017 ($419) | Terms: Monthly for 127 months |
| Loan Type: STUDENT LOAN | Last Payment Made: 11/07/2017 | Date Closed: 12/04/2017 |
| | High Balance: $7,717 | >Maximum Delinquency of 120 days in 10/2015 and in 12/2017< |

Remarks: ACCT CLOSED DUE TO TRANSFER; TRANSFERRED TO ANOTHER OFFICE
Estimated month and year that this item will be removed: 05/2022

| | 11/2017 | 10/2017 | 09/2017 | 08/2017 | 07/2017 | 06/2017 | 05/2017 | 04/2017 | 03/2017 | 02/2017 | 01/2017 | 12/2016 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 |

File Number:     332302912                     Page 5 of 6
Date Issued:     06/19/2021

| | 11/2016 | 10/2016 | 09/2016 | 08/2016 | 07/2016 | 06/2016 | 05/2016 | 04/2016 | 03/2016 | 02/2016 | 01/2016 | 12/2015 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 |

| | 11/2015 | 10/2015 | 09/2015 | 08/2015 | 07/2015 | 06/2015 | 05/2015 | 04/2015 | 03/2015 | 02/2015 | 01/2015 | 12/2014 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | 120 | 120 | 120 | 90 | OK | OK | OK | OK | OK | OK | OK | OK |

| | 11/2014 | 10/2014 | 09/2014 | 08/2014 | 07/2014 | 06/2014 |
|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK |

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

**MOHELA/DEPT OF ED #4257445167KM0****** ( 633 SPIRIT DRIVE, CHESTERFIELD, MO 63005, (800) 666-4352 )
We investigated the information you disputed and updated: **Date Updated; Past Due; Terms; Date Closed; Rating; Payment Received.** Here is how this item appears on your credit report following our investigation.

| | | |
|---|---|---|
| Date Opened: 08/31/2006 | Balance: $0 | Pay Status: >Transferred; was 120 days past due date< |
| Responsibility: Individual Account | Date Updated: 02/05/2018 | |
| Account Type: Installment Account | Payment Received: 12/18/2017 ($1,040) | Terms: $0 per month, paid Monthly for 121 months |
| Loan Type: STUDENT LOAN | Last Payment Made: 12/18/2017 | |
| | High Balance: $8,499 | Date Closed: 02/05/2018 |
| | | >Maximum Delinquency of 120 days in 10/2015 and  in 02/2018< |

Remarks: ACCT CLOSED DUE TO TRANSFER; TRANSFERRED TO ANOTHER OFFICE
Estimated month and year that this item will be removed: 05/2022

| | 01/2018 | 12/2017 | 11/2017 | 10/2017 | 09/2017 | 08/2017 | 07/2017 | 06/2017 | 05/2017 | 04/2017 | 03/2017 | 02/2017 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 |

| | 01/2017 | 12/2016 | 11/2016 | 10/2016 | 09/2016 | 08/2016 | 07/2016 | 06/2016 | 05/2016 | 04/2016 | 03/2016 | 02/2016 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 |

| | 01/2016 | 12/2015 | 11/2015 | 10/2015 | 09/2015 | 08/2015 | 07/2015 | 06/2015 | 05/2015 | 04/2015 | 03/2015 | 02/2015 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | 120 | 120 | 120 | 120 | 90 | 90 | OK | OK | OK | OK | OK | OK |

| | 01/2015 | 12/2014 | 11/2014 | 10/2014 | 09/2014 | 08/2014 | 07/2014 | 06/2014 |
|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK |

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

File Number:        332302912                    Page 6 of 6
Date Issued:        08/19/2021

In the preceding pages we have provided details on the results of our investigation. **If our investigation has not resolved your dispute, here's what you can do next:**

- **Add a 100-word statement to your report.** What this means is that you have the right to send us a note of 100 words or less describing your situation or why you disagree with the results, and we will add this statement to your report. Anyone who views your report will see this statement. Please know that if you include any medical information in your statement, this means you're giving TransUnion permission to include that information in any future credit report we issue on your behalf.
- **Dispute directly with the company that reported the information to us.** If you want changes made to information found on your credit report you may dispute with the company that reported it using the contact information listed in **Your Investigation Results.**
- **Provide to us any other information or documents about your dispute.** Please visit www.transunion.com/dispute and let us know you are filing a repeat dispute. Be sure to include any other information or documentation you feel will help us resolve your dispute.
- **File a complaint** about the company reporting the account or about TransUnion with the Consumer Financial Protection Bureau or with your State's Attorney General's office.

If there has been a change to your credit report as a result of our investigation, or if you have added a statement to your report, **you may ask TransUnion to send an updated credit report** to those who have received your report within the last 2 years for employment purposes or within the last 6 months for any other purpose.

**A Note on Inquiries**
An inquiry is posted on your credit report to notify you that a company has requested your report. Companies can only request a credit report for a legitimate business reason (called permissible purpose). Examples of permissible purpose include: credit transactions, employment consideration, review or collection of an existing account or other legitimate business need, insurance underwriting, government licensing, rental application or court order. Inquiries stay on your credit report for up to two (2) years. Each company that requested your credit report will be listed in the section on inquires, along with their contact information. Please note, a company doesn't always need your authorization to view your credit report as long as they have a permissible purpose. If you think an inquiry was made without a permissible purpose, we strongly encourage you to reach out to the company who requested your credit report to find out whether they have opened an account in your name. The company can then investigate and if they determine that someone fraudulently applied for credit in your name they can close that account and send us a letter requesting removal of the inquiry. If you have specific information that the inquiry was made fraudulently, you can also call our Fraud Victim Assistance department at 800-680-7289.

## Should You Wish to Contact TransUnion

Please have your TransUnion **FILE NUMBER** available. Your unique **FILE NUMBER** is located at the top of each page of this correspondence.

**Online:**
To dispute information contained in your credit report, please visit: www.transunion.com/disputeonline
For more information please visit our Frequently Asked Questions page at
http://transunion.com/consumerfaqs

**By Mail:**
TransUnion
P. O. Box 2000
Chester, PA 19016-2000

**By Phone:**
(800) 916-8800
You may contact us between the hours of 8:00 AM – 11:00 PM ET, Monday through Friday, except major holidays.

*Clerk of the District Court, Johnson County Kansas*
*10/29/21  04:04pm HS*

*Clerk of the District Court, Johnson County Kansas*
*11/19/21  12:08pm ML*
P EAFSC-002 0G982-I009802 06/1

## Summary of Rights

### GENERAL SUMMARY OF RIGHTS UNDER THE FCRA

Para informacion en espanol, visite www.consumerfinance.gov/learnmore o escribe a la Consumer Financial Protection Bureau, 1700 G Street N.W. Washington, DC 20552.

#### A Summary of Your Rights Under the Fair Credit Reporting Act

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). For more information, including information about additional rights, go to www.consumerfinance.gov/learnmore or write to: Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, DC 20552.

- **You must be told if information in your file has been used against you.** Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment – or to take another adverse action against you – must tell you, and must give you the name, address, and phone number of the agency that provided the information.

- **You have the right to know what is in your file.** You may request and obtain all the information about you in the files of a consumer reporting agency (your 'file disclosure'). You will be required to provide proper identification, which may include your Social Security Number. In many cases, the disclosure will be free. You are entitled to a free disclosure if:
  - a person has taken adverse action against you because of information in your credit report;
  - you are the victim of identity theft and place a fraud alert on your file;
  - your file contains inaccurate information as a result of fraud;
  - you are on public assistance;
  - you are unemployed but expect to apply for employment within 60 days.

  In addition, all consumers are entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See www.consumerfinance.gov/learnmore for more additional information.

- **You have the right to ask for a credit score.** Credit scores are numerical summaries of your credit-worthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender.

- **You have the right to dispute incomplete or inaccurate information.** If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous. See www.consumerfinance.gov/learnmore for an explanation of dispute procedures.

- **Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information.** Inaccurate, incomplete, or unverifiable information must be removed or corrected, usually within 30 days. However, a consumer reporting agency may continue to report information it has verified as accurate.

- **Consumer reporting agencies may not report outdated negative information.** In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.

- **Access to your file is limited.** A consumer reporting agency may provide information about you only to people with a valid need usually to consider an application with a creditor, insurer, employer, landlord or other business. The FCRA specifies those with a valid need for access.

- **You must give your consent for reports to be provided to employers.** A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer. Written consent generally is not required in the trucking industry. For more information, go to www.consumerfinance.gov/learnmore.

- **You may limit "prescreened" offers of credit and insurance you get based on information in your credit report.** Unsolicited "prescreened" offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address from the lists these offers are based on. You may opt-out with the nationwide credit bureaus at 1-888-567-8688 (888-5OPTOUT).

- **CONSUMERS HAVE THE RIGHT TO OBTAIN A SECURITY FREEZE.** You have a right to place a "security freeze" on your credit report, which will prohibit a consumer reporting agency from releasing information in your credit report without your express authorization. The security freeze is designed to prevent credit, loans, and services from being approved in your name without your consent. However, you should be aware that using a security freeze to take control over who gets access to the personal and financial information in your credit report may delay, interfere with, or prohibit the timely

Clerk of the District Court, Johnson County, Kansas
10/2/2021  04:09pm HS
11/19/21  12:08pm ML

approval of any subsequent request or application you make regarding a new loan, credit, mortgage, or any other account involving the extension of credit.

A security freeze does not apply to a person or entity, or its affiliates, or collection agencies acting on behalf of the person or entity, with which you have an existing account that requests information in your credit report for the purposes of reviewing or collecting the account. Reviewing the account includes activities related to account maintenance, monitoring, credit line increases, and account upgrades and enhancements.

To place a security freeze, a consumer reporting agency will require you to provide appropriate proof of your identity, which may include your Social Security Number. You may place a security freeze on your credit report by contacting each of the three nationwide credit reporting agencies.

- Equifax: 1-800-525-6285; www.equifax.com
- Experian: 1-888-397-3742; www.experian.com
- TransUnion: 1-800-680-7289; www.transunion.com

- **As an alternative to a security freeze, you have the right to place an initial or extended fraud alert on your credit file at no cost.** An initial fraud alert is a 1-year alert that is placed on a consumer's credit file. Upon seeing a fraud alert display on a consumer's credit file, a business is required to take steps to verify the consumer's identity before extending new credit. If you are a victim of identity theft, you are entitled to an extended fraud alert, which is a fraud alert lasting 7 years.

- **You may seek damages from violators.** If a consumer reporting agency, or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court. You may also have the right to file suit under state law.

- **Identity theft victims and active duty military personnel have additional rights.** For more information, visit www.consumerfinance.gov/learnmore.

States may enforce the FCRA, and many states have their own consumer reporting laws. In some cases, you may have more rights under state law. For more information, contact your state or local consumer protection agency or your state Attorney General. For information about your federal rights, contact:

| TYPE OF BUSINESS: | CONTACT: |
|---|---|
| 1.a. Banks, savings associations, and credit unions with total assets of over $10 billion and their affiliates | a. Consumer Financial Protection Bureau<br>1700 G Street, N.W.<br>Washington, DC 20552 |
| b. Such affiliates that are not banks, savings associations, or credit unions also should list, in addition to the CFPB: | b. Federal Trade Commission<br>Consumer Response Center<br>600 Pennsylvania Avenue, N.W.<br>Washington, DC 20580        (877) 382-4357 |
| 2. To the extent not included in item 1 above:<br>a. National banks, federal savings associations, and federal branches and federal agencies of foreign banks | a. Office of the Comptroller of the Currency<br>Customer Assistance Group<br>1301 McKinney Street, Suite 3450<br>Houston, TX 77010 -9050 |
| b. State member banks, branches and agencies of foreign banks (other than federal branches, federal agencies, and Insured State Branches of Foreign Banks), commercial lending companies owned or controlled by foreign banks, and organizations operating under section 25 or 25A of the Federal Reserve Act. | b. Federal Reserve Consumer Help Center<br>PO Box 1200<br>Minneapolis, MN 55480 |
| c. Nonmember Insured Banks, Insured State Branches of Foreign Banks, and insured state savings associations | c. FDIC Consumer Response Center<br>1100 Walnut Street, Box #11<br>Kansas City, MO 64106 |
| d. Federal Credit Unions | d. National Credit Union Administration<br>Office of Consumer Financial Protection (OCFP)<br>Division of Consumer Compliance Policy and Outreach<br>1775 Duke Street<br>Alexandria, VA 22314 |
| 3. Air carriers | Asst. General Counsel for Aviation Enforcement & Proceedings<br>Aviation Consumer Protection Division<br>Department of Transportation<br>1200 New Jersey Avenue, S.E.<br>Washington, DC 20590 |
| 4. Creditors Subject to the Surface Transportation Board | Office of Proceedings, Surface Transportation Board<br>Department of Transportation<br>395 E Street, S.W.<br>Washington, DC 20423 |
| 5. Creditors Subject to the Packers and Stockyards Act, 1921 | Nearest Packers and Stockyards Administration area supervisor |
| 6. Small Business Investment Companies | Associate Deputy Administrator for Capital Access<br>United States Small Business Administration<br>409 Third Street, S.W., Suite 8200<br>Washington, DC 20416 |
| 7. Brokers and Dealers | Securities and Exchange Commission<br>100 F Street, N.E.<br>Washington, DC 20549 |
| 8. Federal Land Banks, Federal Land Bank Associations, Federal Intermediate Credit Banks, and Production Credit Associations | Farm Credit Administration<br>1501 Farm Credit Drive<br>McLean, VA 22102-5090 |
| 9. Retailers, Finance Companies, and All Other Creditors Not Listed Above | Federal Trade Commission<br>Consumer Response Center<br>600 Pennsylvania Avenue, N.W.<br>Washington, DC 20580        (877) 382-4357 |

General Counsel US Department of education
400 Maryland Ave SW
Washington DC 20202

7018 0680 0000 0712 4073

$9.160
US POSTAGE
FIRST-CLASS
062S0010-045923
84111

*Clerk of the District Court, Johnson County, Kansas*
*11/19/21  12:08*

# Johnson County Kansas District Court

**CASE NO   21CV05221   GOOD vs. TRANSUNION LLC ET AL**
**Div/Judge   11/PAUL C GURNEY**
**Chapter   60**
**Nature   OTHER NON-DOMESTIC (60)**
**Status   PENDING**

11/19/2021 FILE STAMP 11/19/21, NOTICE OF FILING OF A NOTICE OF
          REMOVAL

11/19/2021 ELECTRONIC ENTRY OF APPEARANCE BY STEVEN WADE
          BROOKRESON, II AS A DEFENSE ATTORNEY FOR UNITED STATES
          DEPARTMENT OF EDUCATION

11/01/2021 PETITION AND SUMMONS ISSUED TO ATTORNEY FOR CERTIFIED
          MAIL "HIGHER EDUCATION LOAN AUTHORITY OF THE STATE OF
          MISSOURI (MOHELA)" E/S

11/01/2021 PETITION AND SUMMONS ISSUED TO ATTORNEY FOR CERTIFIED
          MAIL "UNITED STATES DEPARTMENT OF EDUCATION" E/S

11/01/2021 PETITION AND SUMMONS ISSUED TO ATTORNEY FOR CERTIFIED
          MAIL "TRANSUNION LLC" E/S

11/01/2021 FILE STAMP 10/29/21 04:04pm, REQUEST AND SERVICE
          INSTRUCTION FORM

11/01/2021 FILE STAMP 10/29/21 04:04pm, REQUEST AND SERVICE
          INSTRUCTION FORM

11/01/2021 FILE STAMP 10/29/21 04:04pm, REQUEST AND SERVICE
          INSTRUCTION FORM

11/01/2021 FILE STAMP 10/29/21, PETITION FOR DAMAGES

11/01/2021 JUDGE PAUL C GURNEY ASSIGNED TO CASE

11/01/2021 NEW CASE E-FILED; GOOD VS TRANSUNION LLC; FILING FEE
          $196.50; PAID BY MOLNER, MARK D, RECEIPTED AMOUNT $196.50,
          E-PAYMENT NO: 101017684