IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

JEFFREY GOOD,

                Plaintiff,

        vs.                                Case No. 21-02839-JAR-ADM

UNITED STATES DEPARTMENT OF
EDUCATION, ET AL.,

                Defendants.

## **INDEX OF EXHIBITS**

| | |
|---|---|
| Exhibit A | NSLDS Agg Loan History |
| Exhibit B | NSLDS Loans 6-7 |
| Exhibit C | FDLP MPN 2006 |
| Exhibit D | Direct Consolidation Loan Record |
| Exhibit E | NSLDS Loans 4-5 |
| Exhibit F | DMCS Debt Detail |
| Exhibit G | DMCS Historical Events |
| Exhibit H | NSLDS Loans 2-3 |
| Exhibit I | NSLDS Loan 1 |
| Exhibit J | Mohela Credit Bureau History |
| Exhibit K | Mohela Past Due Delinquent Notices |
| Exhibit L | ACDV Mohela System Printout |
| Exhibit M | Plaintiff Credit Dispute Letter |
| Exhibit N | Mohela Credit Dispute Response |
| Exhibit O | Cristin Bulman Declaration |