**FILED**
**United States Court of Appeals**
**Tenth Circuit**

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

**August 17, 2023**

Christopher M. Wolpert
Clerk of Court

———————————————

JEFFREY GOOD,

    Plaintiff - Appellant,

v.

THE UNITED STATES DEPARTMENT OF EDUCATION, et al.,

    Defendants - Appellees.

No. 22-3286
(D.C. No. 2:21-CV-02539-JAR-ADM)
(D. Kan.)

———————————————

**ORDER**

———————————————

This matter is before the court *sua sponte* at the direction of the panel of judges assigned to hear oral argument on September 20, 2023. This matter is ABATED pending the Supreme Court's issuance of a decision in *United States Department of Agriculture Rural Development Rural Housing Service v. Kirtz*, No. 22-846. The September 20, 2023 oral argument in this matter is VACATED, and all counsel are excused from attendance.

Within 90 days of the date of this order, and every 30 days thereafter, the parties shall file a joint status report advising this court of the status of the Supreme Court's proceedings in *Kirtz*. Upon the issuance of the Supreme Court's decision in *Kirtz*, the parties shall notify this court forthwith.

Entered for the Court,

CHRISTOPHER M. WOLPERT, Clerk