# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

March 18, 2025

Clerk
United States Court of Appeals for the Tenth Circuit
Byron White Courthouse
1823 Stout Street
Denver, CO  80257

    Re:  Missouri Higher Education Loan Authority
          v. Jeffrey Good, et al.
          No. 24-992
          (Your No. 22-3286)

Dear Clerk:

      The petition for a writ of certiorari in the above entitled case was filed on March 12, 2025 and placed on the docket March 18, 2025 as No. 24-992.

      Sincerely,

      **Scott S. Harris**, Clerk

      by

      Angela Jimenez
      Case Analyst