UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JEFFREY GOOD, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF EDUCATION, et al., <br><br> Defendants. | Case No. 21-2539-JAR-ADM |

## ORDER

This matter comes before the court on the parties' Agreed Motion for Stay of Discovery Deadlines. (ECF 54.) By way of this motion, plaintiff Jeffrey Good ("Good"), defendant United States Department of Education ("USDoE"), and defendant Higher Education Loan Authority of the State of Missouri ("MOHELA") jointly ask the court to stay all discovery deadlines. The parties explain that MOHELA has filed a petition for writ of certiorari before the United States Supreme Court (*see* ECF 53), which will be joined by the State of Missouri via an amicus brief and which other states and interested parties may also choose to join. The parties agree that a stay of all discovery deadlines will not prejudice any party and will "allow the parties to save time, money, and resources on discovery until the United States Supreme Court offers its opinion on potential dispositive issues before it." (ECF 54, at 2.)

The decision to stay discovery lies within the trial court's sound discretion. *Diaz v. Paul J. Kennedy Law Firm*, 289 F.3d 671, 674 (10th Cir. 2002). The court may exercise "its discretion to provide 'economy of time and effort for itself, for counsel, and for litigants.'" *See Beltronics USA, Inc. v. Midwest Inventory Distribution LLC*, 545 F. Supp. 2d 1188, 1189 (D. Kan. 2008)

1

(quoting *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936)). Considering the recent filing of MOHELA's petition for writ of certiorari and its potential impact on threshold issues in this case, the court agrees that a stay of discovery in this case is warranted and will conserve resources.

Although the parties' motion appears to request a stay of discovery for 90 days from the date of this court's stay order (ECF 54, at 2), the court believes it would be more practical to trigger the conclusion of the stay to the Supreme Court's final resolution of the issue(s) raised in MOHELA's petition for writ of certiorari. Accordingly, the court orders as follows:

- If the Supreme Court denies MOHELA's petition, within 14 days thereafter, the parties must file a joint status report that notifies that court of the denial and proposes new deadlines for all remaining case management deadlines.

- If the Supreme Court grants MOHELA's petition, the stay will continue until the Supreme Court issues its decision on the merits. Within 14 days thereafter, the parties must file a joint status report that notifies the court of that decision and proposes deadlines for moving the case forward if the case is remanded.

**IT IS THEREFORE ORDERED** that the parties' Agreed Motion for Stay of Discovery Deadlines (ECF 54) is granted.

**IT IS FURTHER ORDERED** that the parties must file a joint status report that notifies the court of the Supreme Court's final resolution of the issue(s) raised in MOHELA's petition for writ of certiorari as set forth above.

**IT IS SO ORDERED.**

Dated April 3, 2025, at Kansas City, Kansas.

s/ Angel D. Mitchell
Angel D. Mitchell
U.S. Magistrate Judge